1  Alison P. Adema, SBN 149285
   HAHN & ADEMA
2  501 West Broadway, Suite 1600
   San Diego, California  92101-3595
3  Telephone:  (619) 235-2100
   Facsimile:  (619) 235-2101
4  Attorney for *Multimedia Patent Trust*

5  *Additional counsel listed on the last page.*

FILED

2007 APR 24  PM 4: 13

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____ RA ____DEPUTY

6

7

8              UNITED STATES DISTRICT COURT

9             SOUTHERN DISTRICT OF CALIFORNIA

10  MULTIMEDIA PATENT TRUST,            '07 CV 0747 J        JMA

11             Plaintiff,              Case No. _____

12        v.

13  MICROSOFT CORPORATION, GATEWAY      **COMPLAINT**
    INC., GATEWAY PROFESSIONAL LLC,
14  GATEWAY COMPANIES, INC., GATEWAY    DEMAND FOR JURY TRIAL
    MANUFACTURING LLC, GATEWAY
15  DIRECT, INC., GATEWAY US RETAIL, INC.,
16  and DELL INC.,

17             Defendants.

18

19                       **COMPLAINT**

20       Plaintiff Multimedia Patent Trust (the "Trust") for its complaint against Defendants

21  Microsoft Corporation ("Microsoft"), Gateway Inc., Gateway Professional LLC, Gateway

22  Companies, Inc., Gateway Manufacturing LLC, Gateway Direct, Inc., Gateway US Retail, Inc.

23  (collectively "Gateway"), and Dell Incorporated ("Dell", and collectively with Gateway and

24  Microsoft, "Defendants") hereby demands a jury trial and alleges as follows:

25                   **Jurisdiction and Venue**

26       1.    This Court has jurisdiction over the subject matter of this action under 28 U.S.C. §§

27  1331 and 1338(a).

28       2.    Venue is proper in this district under 28 U.S.C. §§ 1391(b) and (c) and 1400(b)

COMPLAINT                          1                    Case No. _____

CRIGINAL

1   because Defendants have committed acts of infringement in this district and because Defendants are

2   subject to personal jurisdiction in this district.

### Nature of the Action

4       3.    This is a civil action for infringement of United States Patent Nos. 5,136,377,

5   5,500,678, and 5,563,593 (the "Patents-in-Suit"). This action is based upon the Patent Laws of the

6   United States, 35 U.S.C. § 1 *et seq.*

### Parties

8       4.    Plaintiff Multimedia Patent Trust is a Delaware statutory trust under the Delaware

9   Statutory Trust Act, 12 Del. C. §§ 3801, et seq.

10      5.    The Multimedia Patent Trust was established in accordance with a certain trust

11  agreement between Lucent Technologies, Inc. ("Lucent"), a Delaware corporation, with offices at

12  600 Mountain Avenue, Murray Hill, New Jersey 07974, and Mr. Gerard deBlasi, an individual,

13  having a business address at 991 Route 22 West, Bridgewater, New Jersey 08807 (the "Licensing

14  Trustee" and the "Litigation Trustee") and Wilmington Trust Company, a Delaware banking

15  corporation, having a corporate headquarters office at Rodney Square North, 1100 North Market

16  Street, Wilmington, Delaware 19890 (the "Administrative Trustee"), as the Trustees.

17      6.    Lucent transferred, assigned, conveyed, delivered and vested to the Multimedia

18  Patent Trust, all of Lucent's interests and rights in U.S. Patent Nos. 5,136,377, 5,500,678, and

19  5,563,593 in all countries, jurisdictions and political entities, along with the right to sue for past

20  infringement (including all current and future claims and causes of action).

21      7.    On information and belief, Defendant Microsoft is a corporation organized under the

22  laws of the state of Washington, with its principal place of business at One Microsoft Way,

23  Redmond, Washington 98052.

24      8.    Microsoft makes, uses, sells, and offers for sale in the United States, and imports into

25  the United States, computer software, video-game computer systems, components, and accessories.

26      9.    On information and belief, Defendant Dell is a corporation organized under the laws

27  of the state of Delaware with its principal place of business at One Dell Way, Round Rock, Texas

28  78682.

1   10.   Dell makes, uses, sells, and offers for sale in the United States, and imports into the

2   United States, computers systems, components, and accessories.

3   11.   On information and belief, Defendant Gateway Inc. is a company organized under the

4   laws of the state of Delaware with its principal place of business at 7565 Irvine Center Drive, Irvine,

5   CA 92618.

6   12.   On information and belief, Defendant Gateway Professional LLC is a company

7   organized under the laws of the state of Delaware with its principal place of business at 7565 Irvine

8   Center Drive, Irvine, CA 92618.

9   13.   On information and belief, Defendant Gateway Companies, Inc. is a company

10  organized under the laws of the state of Delaware with a place of business at 610 Gateway Drive,

11  North Sioux City, SD 57049.

12  14.   On information and belief, Defendant Gateway Manufacturing LLC is a company

13  organized under the laws of the state of Delaware with a place of business at 610 Gateway Drive,

14  North Sioux City, SD 57049.

15  15.   On information and belief, Defendant Gateway Direct, Inc. is a company organized

16  under the laws of the state of Delaware with a place of business at 610 Gateway Drive, North Sioux

17  City, SD 57049.

18  16.   On information and belief, Defendant Gateway US Retail, Inc. is a company

19  organized under the laws of the state of Delaware with a place of business at 7565 Irvine Center

20  Drive, Irvine CA 92618.

21  17.   Gateway makes, uses, sells, and offers for sale in the United States, and imports into

22  the United States, computers systems, components, and accessories.

23                              **The Patents-in-Suit**

24  18.   United States Patent No. 5,136,377 (the "Johnston '377 Patent"), entitled "Adaptive

25  Non-Linear Quantizer," was duly and legally issued on August 4, 1992 to Johnston et al.  A copy of

26  the Johnston '377 Patent is attached hereto as Exhibit A.

27  19.   United States Patent No. 5,500,678 (the "Puri '678 Patent"), entitled "Optimized

28  Scanning of Transform Coefficients in Video Coding," was duly and legally issued on March 19,

1   1996 to Puri. A copy of the Puri '678 Patent is attached hereto as Exhibit B.

2       20.    United States Patent No. 5,563,593, entitled "Video Coding With Optimized Low

3   Complexity Variable Length Codes," was duly and legally issued on October 8, 1996 to Puri. A

4   Certificate of Correction to the Puri '593 Patent was duly and legally issued on March 28, 2006. A

5   copy of the Puri '593 Patent, with Certificate of Correction, is attached hereto as Exhibit C. The

6   Puri '593 Patent, with Certificate of Correction, is referred to herein as the "Puri '593 Patent."

7       21.    The Trust owns each of the Patents-in-Suit, with the right to sue for past

8   infringement.

9   **COUNT I**

10   **(Infringement of United States Patent No. 5,136,377)**

11       22.    Paragraphs 1 through 21 are incorporated by reference as if stated fully herein.

12       23.    The Johnston '377 Patent is valid and enforceable.

13       24.    Defendants have infringed and are infringing by making, using, selling, offering to

14   sell or importing products protected by at least one claim of the Johnston '377 Patent.

15       25.    Defendants have and are engaged in contributing to and/or inducing the infringement

16   of at least one claim of the Johnston '377 Patent.

17       26.    On information and belief, Defendants' infringement of the Johnston '377 Patent was,

18   and continues to be, willful.

19       27.    Defendants' infringement of the Johnston '377 Patent has injured the Trust, and the

20   Trust is entitled to recover damages adequate to compensate for the Defendants' infringement, which

21   in no event can be less than a reasonable royalty.

22       28.    Defendants have caused the Trust substantial damage and irreparable injury by their

23   infringement of the Johnston '377 Patent, and the Trust will continue to suffer damage and

24   irreparable injury unless and until the infringement by Defendants is enjoined by this Court.

25   **COUNT II**

26   **(Infringement of United States Patent No. 5,500,678)**

27       29.    Paragraphs 1 through 21 are incorporated by reference as if stated fully herein.

28       30.    The Puri '678 Patent is valid and enforceable.

COMPLAINT                          4                      Case No. _____

31. Defendants have infringed and are infringing by making, using, selling, offering to sell or importing products protected by at least one claim of the Puri '678 Patent.

32. Defendants have and are engaged in contributing to and/or inducing the infringement of at least one claim of the Puri '678 Patent.

33. On information and belief, Defendants' infringement of the Puri '678 Patent was, and continues to be, willful.

34. Defendants' infringement of the Puri '678 Patent has injured the Trust, and the Trust is entitled to recover damages adequate to compensate for the Defendants' infringement, which in no event can be less than a reasonable royalty.

35. Defendants have caused the Trust substantial damage and irreparable injury by their infringement of the Puri '678 Patent, and the Trust will continue to suffer damage and irreparable injury unless and until the infringement by Defendants is enjoined by this Court.

### COUNT III

### (Infringement of United States Patent No. 5,563,593)

36. Paragraphs 1 through 21 are incorporated by reference as if stated fully herein.

37. The Puri '593 Patent is valid and enforceable.

38. Defendants have infringed and are infringing by making, using, selling, offering to sell or importing products protected by at least one claim of the Puri '593 Patent.

39. Defendants have and are engaged in contributing to and/or inducing the infringement of at least one claim of the Puri '593 Patent.

40. On information and belief, Defendants' infringement of the Puri '593 Patent was, and continues to be, willful.

41. Defendants' infringement of the Puri '593 Patent has injured the Trust, and the Trust is entitled to recover damages adequate to compensate for the Defendants' infringement, which in no event can be less than a reasonable royalty.

42. Defendants have caused the Trust substantial damage and irreparable injury by their infringement of the Puri '593 Patent, and the Trust will continue to suffer damage and irreparable injury unless and until the infringement by Defendants is enjoined by this Court.

**Prayer for Relief**

WHEREFORE, Multimedia Patent Trust prays for judgment as follows:

A.    That Defendants have infringed, contributorily infringed, and/or induced the infringement of the Patents-in-Suit, and continue to infringe, contribute to the infringement of, and/or induce the infringement of the Patents-in-Suit;

B.    That Defendants' infringement has been willful and continues to be willful;

C.    That Defendants, their officers, agents, and employees, and those persons in active concert or participation with Defendants, and their successors and assigns be permanently enjoined from infringement, inducement of infringement, and contributory infringement of the Patents-in-Suit, including but not limited to making, importing, using, offering for sale, or selling any devices or systems, or using processes that are protected by the Patents-in-Suit;

D.    That Multimedia Patent Trust be awarded all damages adequate to compensate it for Defendants' infringement of the Patents-in-Suit, such damages to be determined by a jury, and if necessary to adequately compensate Multimedia Patent Trust for the infringement, an accounting, and that such damages be trebled and awarded to Multimedia Patent Trust with prejudgment interest;

E.    That this case be declared an exceptional case within the meaning of 35 U.S.C. § 285 and that Multimedia Patent Trust be awarded the attorney fees, costs, and expenses that it incurs in prosecuting this action; and

F.    That Multimedia Patent Trust be awarded such other and further relief as this Court deems just and proper.

1

## JURY DEMAND

2     Multimedia Patent Trust demands a trial by jury on all issues triable of right by a jury.

3

4 Dated:  April 24, 2007

5                                  By:  *Alison Adema*

6                                  Alison P. Adema, SBN 149285
7                                  HAHN & ADEMA
                                 501 West Broadway, Suite 1600
8                                  San Diego, California  92101-3595
                                 Telephone:  (619) 235-2100
9                                  Facsimile:  (619) 235-2101

10                                 John M. Desmarais (admitted *pro hac vice*)
                                Robert A. Appleby (admitted *pro hac vice*)
11                                 KIRKLAND & ELLIS LLP
                                153 East 53rd Street
12                                 New York, New York 10022
                                Telephone:  (212) 446-4800
13                                 Facsimile:  (212) 446-4900

14                                 Ephraim D. Starr SBN 186409
                                777 South Figueroa Street
15                                 Los Angeles, California 90017-5800
                                Telephone:  (213) 680-8400
16                                 Facsimile:   (213) 680-8500

17                                 Attorneys for *Multimedia Patent Trust*

18

19

20

21

22

23

24

25

26

27

28

**MULTIMEDIA PATENT TRUST. v. MICROSOFT CORPORATION, et al.**

**UNITED STATES DISTRICT COURT CASE NO. _____**

**INDEX TO EXHIBITS TO COMPLAINT**

| EXHIBIT NO. | DESCRIPTION | PAGE NOS. |
|:---:|---|---|
| | | |
| A | Copy of Johnston '377 Patent | 1-17 |
| B | Copy of Puri '678 Patent | 18-32 |
| C | Copy of Puri '593 Patent with Certificate of Correction | 33-57 |

**EXHIBIT A**



US005563593A

# United States Patent [19]

## Puri

[11]  **Patent Number:**   **5,563,593**

[45]  **Date of Patent:**   **Oct. 8, 1996**

[54]  **VIDEO CODING WITH OPTIMIZED LOW COMPLEXITY VARIABLE LENGTH CODES**

[75]  Inventor:  **Atul Puri**, Riverdale, N.Y.

[73]  Assignee:  **Lucent Technologies Inc.**, Murray Hill, N.J.

[21]  Appl. No.: **215,341**

[22]  Filed:  **Mar. 18, 1994**

[51]  Int. Cl.⁶  ..................................................... H03M 7/40
[52]  U.S. Cl. ............................................................. 341/67
[58]  Field of Search ................................... 341/67, 50, 63, 341/106

[56]  **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,534,055 | 8/1985 | Iinuma | 381/34 |
| 5,381,144 | 1/1995 | Wilson et al. | 341/63 |

Primary Examiner—Brian K. Young
Attorney, Agent, or Firm—Eugene S. Indyk; Mark K. Young

[57]  **ABSTRACT**

A novel group of optimized variable word-length codes for intra coded pictures is disclosed. Hardware complexity and implementation cost is minimized by only optimizing the variable word-length codes for intra coded pictures for a small, but frequently occurring number of discrete cosine transform events. A table of variable word-length codes conforming to the Motion Pictures Expert Group Phase 1 ("MPEG-1") standard may be used for the remaining number of less frequently occurring events. In an illustrative example of the invention, the MPEG-1 variable word-length code table is also used to code non-intra pictures which advantageously allows for totally compatible operation with the MPEG-1 standard.

**18 Claims, 7 Drawing Sheets**



**U.S. Patent**          Oct. 8, 1996          Sheet 1 of 7          **5,563,593**

## FIG. 1



## FIG. 2

HEADERS, MOTION VECTORS,
QUANT AND CODING PARAMETERS





## FIG.4



## FIG.5
### VARIABLE LENGTH DECODER





FIG.6

Exhibit A
Page 000005

### FIG.7



### FIG.8



Exhibit A
Page 000006



FIG. 9



*FIG. 10*

5,563,593

**1**

## VIDEO CODING WITH OPTIMIZED LOW COMPLEXITY VARIABLE LENGTH CODES

### TECHNICAL FIELD

This invention relates to coding of video signals. More particularly, this invention relates to improved variable length coding to improve overall coding efficiency.

### BACKGROUND

Transform coding is an efficient image compression scheme that typically involves segmenting a picture, or image, into blocks of pixels, taking discrete cosine transforms ("DCTs") of the blocks of pixels to obtain blocks of DCT coefficients, quantizing these coefficients, and coding the quantized coefficients by an entropy coder. Interframe coding schemes utilizing motion compensation and transform coding of motion compensated interframe differences, by taking DCTs of blocks of difference pixels, quantizing the DCT coefficients and entropy coding the quantized DCT coefficients, may also be employed.

Interframe coding employing motion compensation and DCT coding has become widely recognized as a particularly efficient coding scheme for video compression and forms the core of the Comité Consulatif International Télégraphique et Téléphonique Recommendation H.261-Video Codec for Audiovisual Services at 64 Kbit/s, Geneva, August, 1990 ("CCITT H.261") and the Motion Pictures Expert Group Phase 1 ("MPEG-1") video compression standards. The MPEG-1 standard is set forth in International Standards Organization ("ISO") Committee Draft 11172-2, "Coding of Moving Pictures and Associated Audio for Digital Storage Media at up to 1.5 Mbits/s," November, 1991. The CCITT H.261 standard primarily addresses coding of video conferencing scenes of Common Intermediate Format resolution at bitrates of 64 kbit/s to 2 Mbit/s; the MPEG-1 standard can be efficiently used for coding all types of video scenes in the 1 to 2 Mbit/s range. The MPEG-1 standard incorporates additional features, for example, group-of-pictures concepts, motion compensated bidirectional prediction, and variable word-length coding. Variable word-length coding, which is also known as Huffman coding, is typically employed after the DCT portion of the encoding process. Each DCT event, comprised of run-length and level, is represented by a codeword whose length depends upon the relative value of the coefficient. Longer word lengths may be used to represent higher valued coefficients while shorter word lengths may be used to represent coefficients having a value of zero or close to zero. MPEG-1 supports the coding intra-coded ("I-"), predictive-coded ("P-"), and bidirectional predictive ("B-") pictures. Unfortunately, because the MPEG-1 standard was initially applied in the coding of low resolution video, it is not fully optimized for coding of higher resolution video sources such as interlaced video conforming to the Comité Consultatif International des Radiocommunications Recommendation 601 and the high definition television format.

Consequently, many improvements to video coding have been developed since the adoption of the MPEG-1 standard. One such improvement is discussed in U.S. Pat. No. 5,227, 878 by A. Puri et al. which includes reference to variable word-length coding. The use of such a variable word-length coding scheme produces a substantial improvement in coding efficiency.

**2**

### SUMMARY

The efficiency of variable word-length coding is significantly increased, in accordance with the invention, by employing a novel group of optimized variable word-length codes for intra coded pictures. Hardware complexity and cost is minimized by only optimizing the variable word-length codes for intra coded pictures for a small, but frequently occurring, number of DCT events. An MPEG-1 variable word-length coding table may be used for the remaining larger number of less frequently occurring events.

In an illustrative example of the invention, the MPEG-1 variable word-length code table is also used to code non-intra pictures which advantageously allows for totally compatible operation with the MPEG-1 standard.

The discussion in this Summary and the following Brief Description of the Drawings, Detailed Description, and drawings only deal with examples of this invention and is not to be considered in any way a limitation on the scope of the exclusionary rights conferred by a patent which may issue from this application. The scope of such exclusionary rights is set forth in the claims at the end of this application.

### BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a simplified block diagram of an illustrative interframe motion compensated transform encoder.

FIG. 2 is a block diagram of details of an illustrative variable length encoder which is part of the interframe motion compensated transform encoder shown in FIG. 1.

FIG. 3 shows the code length assignments of a variable length code table for DCT events conforming to the MPEG-1 standard employed by the illustrative variable length encoder shown in FIG. 2 and the illustrative decoder shown in FIG. 5.

FIG. 4 is a simplified block diagram of an illustrative interframe motion compensated transform decoder which corresponds to illustrative encoder shown in FIG. 1.

FIG. 5 shows details of the illustrative variable length decoder which is part of interframe motion compensated transform decoder shown in FIG. 4.

FIG. 6 shows the optimized code lengths in the variable length code table for intra DCT events employed by the illustrative encoder shown in FIG. 2 and the illustrative decoder shown in FIG. 5, in accordance with the invention.

FIG. 7 is a simplified block diagram of an illustrative variable length encoder table selector for DCT events, arranged in accordance with the invention.

FIG. 8 is a simplified block diagram of an illustrative variable length decoder table selector for DCT events, arranged in accordance with the invention.

FIG. 9 is a simplified block diagram of an illustrative encoder employing selectable variable length coding from an MPEG-1 variable length code table and the variable length table for intra DCT events shown in FIG. 6, in accordance with the invention.

FIG. 10 is a simplified block diagram of an illustrative decoder employing selectable variable length code from an MPEG-1 variable length code table and the variable length table for intra DCT events shown in FIG. 6, in accordance with the invention.

### DETAILED DESCRIPTION

FIG. 1 is a simplified block diagram of an illustrative interframe motion compensated transform encoder. Video frames enter one-by-one at bus 100. Subtracter 105 differ-

Exhibit A
Page 000009

5,563,593

3

ences an input frame of video on bus 100 with a prediction frame available on bus 180. The resulting prediction error signal appears on bus 110 and is transform encoded by the transform encoder 120 which outputs quantized and scanned transform coefficients on bus 125, and also simultaneously on buses 130 and 185. Variable length encoder 190 entropy encodes these coefficients and the overhead on bus 187 and outputs a multiplexed stream of bits on bus 195 for transport over a transmission channel or to a storage disk for delivery to a decoder. The coefficients also are fed back on bus 130 to transform decoder 140 which outputs on bus 145, an approximation of the prediction error signal sent on bus 110. To this approximated prediction error signal on bus 145, the prediction signal available on bus 175 is summed in the adder 150, resulting in locally reconstructed output on bus 155 which is fed to motion estimator and motion compensated predictor 165 whose output is the prediction signal on bus 170. As will be appreciated by those skilled in the art, the operation of motion estimator and motion compensated predictor 165 need not be disclosed in great detail here in order to practice the invention. However, it is necessary to explicitly state that motion compensated estimator and predictor 165 not only computes motion estimates required for forward prediction, as in the CCITT H.261 standard, but also computes motion estimates required for forward and backward predictions as in the MPEG-1 standard. The prediction signal on bus 170 is simultaneously made available on bus 180 as an input to subtracter 105, as well as on bus 175 as an input to adder 150.

FIG. 2 is a block diagram of details of an illustrative variable word-length encoder 190 which is part of the interframe motion compensated transform encoder shown in FIG. 1. It is necessary to point out that the following description of the concept of variable word-length encoding is substantially simplified for the purpose of illustrating the invention. Of course, those skilled in the art will appreciate that an actual implementation of the invention could be facilitated by performing equivalent operations without explicitly following the structure shown here. The DCT events, comprising run-length and level, from transform encoder 120 (FIG. 1) are fed on bus 201 to variable word-length encoder for DCT events 205, which in turn, sends events one-by-one on line 206 to variable word-length code table for DCT events 210. The coded representation of these events is output on line 211 to variable word-length encoder for DCT events 205. Variable word-length encoder for DCT events 205 concatenates the coded representation with some fixed length codes, if necessary, before outputting the coded bits representing DCT events on bus 215 to variable word-length encoder of overhead and bitstream formatter 220, which has at its other input 219, various overhead data such as headers, motion vectors, quantization and coding parameters. This overhead data is sent to variable word-length code tables for overhead 225 on line 221 and coded representation of the overhead is returned on line 226. The codes representing overhead are multiplexed with coded DCT events in variable word-length encoder of overhead and bitstream formatter 220 to form a bitstream which is output on bus 230.

FIG. 3 illustrates the code length assignments of a variable word-length code table for DCT events conforming to the MPEG-1 standard employed by the illustrative encoder shown in FIG. 2 and the illustrative decoder shown in FIG. 5. Included in FIG. 3 are variable word-lengths code table 300, subtable 301, and remainder table 302. Shorter code lengths are assigned to the very frequently occurring events in the subtable 301, where as longer codewords are assigned

4

to events occurring in the remainder table 302. As will be appreciated by those skilled in the art, none of these tables show the actual variable word-length codes, but rather, only the lengths of these codes. This variable word-length code table is included in the MPEG-1 standard. However, the MPEG-1 variable word-length code table is relevant to the invention in that I have superimposed a subtable and remainder table approach to the table which forms the basis for low complexity, but optimized, variable word-length code tables as described in greater detail below.

FIG. 4 is a simplified block diagram of an illustrative interframe motion compensated transform decoder which corresponds to the illustrative encoder shown in FIG. 1. An incoming stream of bits from a transport medium, such as a transmission channel or a storage disk, is input over bus 400 to variable word-length decoder 410. Variable word-length decoder 410 demultiplexes and decodes the bit pattern codes representing different overheads 415, and the encoded events representing quantized DCT events. The latter are output on bus 420 and fed to transform decoder 430. Transform decoder 430 is an exact replica of transform decoder 140 in the local decoding loop of the generalized interframe encoder shown in FIG. 1. In fact, in absence of errors on the transport medium, the input on bus 420 of the transform decoder 430 and the output of transform decoder on bus 440, carry the exact corresponding signals as the input on bus 130 of the transform decoder 140 and its output on bus 145. Next, the decoded blocks of pixels representing approximated prediction error signal on bus 440 are summed in adder 485 with prediction signal 480 at the output of motion compensated predictor 470. The output of the adder 485 appears on bus 490 and represents the decoded video at bus 495. The same output is also fed back to the motion compensated predictor 470 via bus 460 and the prediction generated by 470 is output on bus 480 forming one input to adder 485. Those skilled in the art will appreciate that the principles of operation of motion compensated predictors is known in the art and need not be presented in detail here. As above, motion compensated predictor 470 can produce not only the forward prediction, as in the CCITT H.261 standard, but also the forward and the backward predictions as in the MPEG-1 standard. Thus, the operation of motion compensation loop of the local encoder and decoder are practically identical, except that the decoder does not compute motion vectors, as they are extracted from the decoded bitstream.

FIG. 5 illustrates details of the illustrative variable word-length decoder which is part of interframe motion compensated transform decoder shown in FIG. 4. An incoming bitters on bus 501 is input to variable word-length decoder for overhead and bitstream unformatter 505 which, depending on the context, tries to match the codes in the bitstream sent over line 507 with the codes in variable word-length code tables for overhead 510. Decoded overhead data is output on line 511. The decoded overhead stream is identified as individual overhead data such as headers, motion vectors, quantization and coding parameters. This data is output on line 506 while the remaining undecoded bitstream comprising DCT events is sent on bus 515 to variable word-length decoder for DCT events 520 which tries to match the bitstream on line 521 to the variable word-length code table for DCT events 525. The matched events are sent on line 526 to variable word-length decoder for DCT events 520 which outputs them on bus 530. This process continues until the sequence end code in the bitstream is reached.

FIG. 6 shows the optimized code length assignments to the various DCT events in the intra variable word-lengths

5,563,593

**5**

code table 600, in accordance with the invention. Also shown is subtable 601 which has the same shape as subtable 301 shown in FIG. 3. Shorter code lengths are assigned to the very frequently occurring events in subtable 601, whereas longer codewords are assigned to the less frequently occurring events in remainder table 602. The specific code lengths in subtable 601 are different from that in subtable 301, in accordance with the invention, since the code length assignments in subtable 601 are based on optimizations for codes produced by the intra signal, whereas codes in 301 were based on optimization on DCT events produced by nonintra (i.e., inter and/or predicted) signals. As above when discussing FIG. 3, table 600 does not show the actual variable word-length codes, but only the lengths of these codes. The actual variable word-length codes for intra DCT events subtable are listed in Table 1 below. The remainder table codes are same as that in MPEG-1 and are not shown here. Thus, to keep the complexity low, only a new subtable is introduced which contains optimized codes for frequently occurring events while retaining the MPEG-1 codes for remaining intra DCT events. This variable word-length code length subtable and remainder table approach used by my invention significantly reduces implementation complexity without compromising performance. Advantageously, higher compression than that afforded by the MPEG-1 based variable word-length coding for intra signals is thus achieved.

FIG. 7 is a simplified block diagram of a variable word-length encoder table selector for DCT events, arranged in accordance with the invention. Variable word-length encode table selector for DCT events 700 allows selection between the MPEG-1 variable word-length code table for DCT events shown in FIG. 3 and the variable word-length code table for intra DCT events shown in FIG. 6. Quantized DCT events appear on bus 701 and pass through a switch 705 which is controlled by signal "ivl" on bus 704 after the events are scanned into a one-dimensional sequence (not shown). The output of switch 705 appears on bus 706 if the "ivl" signal is disabled and on to the MPEG-1 variable word-length code table for DCT events 710. MPEG-1 variable word-length code table for DCT events 710 outputs a coded representation of the DCT events on bus 711 and through switch 720, which is controlled by the "ivl" signal on bus 712, to bus 725. If the "ivl" signal is enabled, DCT events are fed to bus 707 through switch 705, coded using intra variable word-length code table for DCT events 715, and output on bus 716 through switch 720 to bus 725 as shown. The "ivl" signal is enabled if intra variable word-length table for DCT events 715 is to be used and applied to code intra macroblocks only. The nonintra macroblocks are coded with the MPEG-1 variable word-length code table.

FIG. 8 is a simplified block diagram of an illustrative variable word-length decoder table selector for DCT events, arranged in accordance with the invention. Variable wordlength decode table selector for DCT events 800 allows selection between the MPEG-1 variable word-length code table for DCT events shown in FIG. 3 and the variable word-length code table for intra DCT events shown in FIG. 6. Variable word-length coded DCT events appear on bus 801 and pass through switch 805 which is controlled by signal "ivl" on bus 805. The output of switch 805 appears on bus 806 if "ivl" is disabled and to the MPEG-1 variable word-length code table 810, which outputs decoded DCT events on bus 811 and then through switch 820, which is controlled by "ivl" on bus 812, to bus 825. If "ivl" is enabled, variable word-length coded DCT events are fed to bus 807 through switch 805 and decoded using intra variable

**6**

word-length code table 815 and output on bus 816 through switch 820 to bus 825. The "ivl" signal is enabled if intra variable word-length table 815 is to be used and applied for decoding of intra macroblocks only. The nonintra macroblocks are decoded with the MPEG-1 variable word-length code table.

Those skilled in the art will appreciate that the adaptive selection between two variable word-length code tables can be applied on a block, a macroblock or on a picture basis. However, as a practical constraint, the overhead necessary to indicate variable word-length code table selection information to the decoder becomes significant compared to the savings if selection on a macroblock or block basis is adopted. Furthermore, the encoder complexity also increases substantially when posterior selection of the variable word-length code table, based on bit counting using both tables and selecting the one producing smaller bit counts, is adopted. In addition, for the most optimum results, a full variable word-length code table is necessary in addition to the MPEG-1 variable length code table for DCT events. I have determined that a good tradeoff in complexity versus improvement in performance is achieved by providing an extra variable word-length code table in addition to the MPEG-1 table, but keeping it small in size using a subtable/remainder table approach in accordance with the invention. Additionally, the table is selectable on a global basis, such as at a sequence layer or picture layer, to apply to all intra coded macroblocks. Local adaptation between the two tables on a block or macroblock layer is not allowed.

Various control and data signals helpful in understanding the operation of some of elements in FIGS. 9 and 10 are listed below:

pt: picture types allowed are I-, P-, B- as in MPEG- 1.

ps: picture structure (Frame or field).

ivl: vlc selection for a picture.

qt: quantizer type table selected for a picture.

asc: alternate scan selected for a picture mv: motion vector/s of a macroblock.

mot: motion type (Frame or field or dualprime or sub-macroblock) for a macroblock.

cdt: coding type (Frame or field) for a macroblock.

fm: forward motion direction of a macroblock.

bm: backward motion direction of a macroblock.

qs: quantizer scale chosen for a macroblock.

cbp: coded block pattern of a macroblock int: intra/inter coding mode for a macroblock.

shi: sequence header information phi: picture header information mbhi: macroblock header information.

iqm: intra quantizer matrix for a sequence or part of a sequence.

niqm: nonintra quantizer matrix for a sequence or pan of a sequence.

FIG. 9 is a simplified block diagram of an illustrative encoder employing selectable variable word-length code from an MPEG-1 variable word-length code table and the variable word-length table for intra DCT events shown in FIG. 6, in accordance with the invention. The structure of this encoder is quite similar to the generalized interframe encoder shown in FIG. 1. Although it shows several extra operations and low level data and control signals, the portions of the circuit not directly related to our invention is not covered in great detail as it will be readily apparent to those skilled in the art.

Video enters at bus 900 and is input via bus 901 to subtracter 902 where it is differenced with its prediction

5,563,593

7

signal on bus 958. The difference appears on bus 903 and enters frame/field formatter 905 where it is retained as field blocks or converted to field blocks on a macroblock basis. The output of frame/field formatter 905 appears on bus 906 and undergoes various DCT transform, quantization and scanning of quantized DCT coefficients operations in DCT, quantizer, and scan selector 910. For quantization, on a picture basis, a selection from two quantization tables is allowed by the "qt" signal. The intra or inter quantization characteristics are selected by the "int" signal on a macroblock basis and corresponding quantization weighting matrix "iqm" and "niqm" are applied. The outcome of operations in DCT, quantizer, and scan selector 910 include quantized DCT coefficients scanned to generate DCT events on bus 914. Signals representing coded blocks in a macroblock "cbp" on line 911, quantizer step size "qs" on line 912, and scan selection information "asc" on line 913 are also utilized as shown. The scanned quantized coefficients appear on bus 914 and are sent to variable word-length encoder for DCT events 915 which uses a variable word-length table selector 920 under the control of intra variable word-length selection information "ivl" on line 919. Variable word-length encoder for DCT events 915 is similar in form and operation as selector 700 shown in FIG. 7. Generated codes from variable word-length encoder for DCT events 915 are sent on bus 917 to variable word-length encoder for overhead and bitstream formatter 990 where various type of overhead headers, such as sequence layer headers "shi" on bus 960, picture layer headers "phi" on bus 970, macroblock header information "mbhi", which consists of motion vectors, quantization and coding information on bus 985, are coded using variable word-length code table for overhead 987. The resulting multiplexed bitstream is output on bus 995 and may be packetized (not shown) before storage on a disk or transmission. The sequence header information on bus 960 consists of intra and inter quantization weighting matrices on line 961. The picture header information on bus 970 carries picture type "pt" on line 962, picture structure "ps" on line 963, intra VLC selection "ivl" on line 964, alternate scan selection "asc" on line 965 and quantizer type "qt" on line 966. The macroblock header information on bus 985 carries quantizer step "qs" on line 984, motion type "mot" on line 983, motion vector "mv" on line 982, coding type "cdt" on line 981, and macroblock type "mbt" on line 980. The macroblock type is obtained from macroblock classifier 975 as a result of input control signals including forward motion "fm" on line 971, backward motion "bm" on line 972, coded block pattern "cbp" on line 973 and intra/inter decision "int" on line 974. The bitstream representing coded data and overhead appears on bus 995 for transport or storage.

A local decoding loop at the encoder receives scanned quantized DCT coefficients on bus 921. These DCT coefficients are inverse scanned in inverse scan selector, inverse quantizer, and inverse DCT 930 which requires alternate scan control "asc" to determine which scan to use, as several alternate scans may be available. The DCT coefficients are then inverse quantized and inverse DCT in inverse scan selector, inverse quantizer, and inverse DCT 930. All but one of the control signals input or output from DCT, quantizer, and scan selector 910 are input control signals to inverse scan selector, inverse quantizer and inverse DCT 930. Line 926 carries quantizer matrices, line 927 carries "int", line 928 carries "qt", and line 929 carries "qs". The output of inverse scan selector, inverse quantizer, and inverse DCT 930 includes reconstructed prediction error blocks on bus 931 which undergo frame/field unformatting in field/frame

8

unformatter 935 to invert the formatting operation of 905. The reorganized prediction error blocks on bus 936 are summed with the motion compensated prediction on bus 957 in adder 940 resulting in local reconstructed output on bus 941, which in turn is used for calculation of motion compensated prediction in frame/field/dualprime motion estimator and compensator 950. There are several choices regarding motion compensation methods in frame/field/dualprime motion estimator and compensator 950. The best choice is indicated by motion type "mot" on line 948 and the corresponding motion vectors "mv" are output on 947. Several control signals such as picture structure "ps" on line 942, forward motion "fm" on line 943, backward motion "bm" on line 944 and picture type "pt" on line 945, control the operation of frame/field/dualprime motion estimator and compensator 950, whose output is a motion compensated prediction signal on bus 951. This signal is compared with original on bus 953 to determine which signal would be more efficient to code in intra/inter selector 955, yielding a control signal "int" on line 956 and prediction signal on bus 954 which appears simultaneously on buses 957 and 958.

FIG. 10 is a simplified block diagram of an illustrative decoder employing selectable variable word-length codes from an MPEG-1 variable word-length code table and the variable word-length table for intra DCT events shown in FIG. 6, in accordance with the invention. The decoder performs a subset of operations performed by local decoder in the encoder shown in FIG. 9, Thus it only needs to be described briefly. A bitstream at bus 1000 feeds a variable word-length decoder for overhead and bitstream unformatter 1005, where depending on the context, codewords representing control and data forming sequence header information and macroblock header information, are identified and their values decoded using variable word-length code tables for overhead 1008. The sequence header information "shi" is available on bus 1010 and comprises quantizer matrices "iqm" and "niqm" on line 1011. The picture header information "phi" is available on bus 1030 and comprises picture type "pt" on line 1031, picture structure "ps" on line 1032, intra vlc select "ivl" on line 1033, alternate scan select "asc" on line 1034, and quantizer type "qt", on line 1035. The macroblock header information on bus 1015 comprises quantizer step size "qs" on line 1016, motion type "mot" on line 1017, motion vectors "mv" on line 1018, coding type "cdt" on line 1019, and macroblock type "mbt" on line 1020. The macroblock type "mbt" on line 1020 is analyzed in macroblock unclassifier 1025 to yield intra/inter decision "int" on line 1026, coded block pattern "cbp" on bus 1029, forward motion "fro" on line 1028, and backward motion "bm" signal on line 1027. The remaining bitstream containing DCT events are decoded in variable word-length decoder for DCT events 1040 using variable word-length decode tables selector for DCT events 1023 under control of intra variable word-length selection signal "ivl" on line 1024. Decoded coefficient data is output on bus 1041 and forms the input to inverse scan selector, inverse quantizer and inverse DCT 1045.

In inverse scan selector, inverse quantizer and inverse DCT 1045, an inverse scan operation reorders the DCT coefficients to produce normally ordered DCT coefficients. Inverse scan selector, inverse quantizer and inverse DCT 1045 uses quantization matrices "iqm" and "niqm" on line 1038, intra/inter decision "int" on bus 1042, quantizer type "qt" on bus 1043, and quantizer step size "qs" on bus 1044 to perform inverse quantization. The output of inverse scan selector, inverse quantizer and inverse DCT 1045 on bus 1046 is frame/field unformatted in frame/field unformatter

5,563,593

**9**

1050 into blocks of pixels on bus 1051. The blocks are summed to a motion compensated prediction signal on bus 1075 in adder 1052. The resulting signal on bus 1053 includes reconstructed video on bus 1053, 1054 and 1080. The reconstructed video on bus 1054 is used to generate motion compensated prediction in frame/field/dualprime motion compensator 1065 which is controlled by signals "fm" on line 1055, "bm" on line 1056, "ps" on line 1057, "pt" on line o 1058, "my" on line 1059, and "mot" on line 1060. The major difference with respect to frame/field/dualprime motion estimator and compensator 950 in encoder (FIG. 9) is that these signals do not need to be generated, but are instead extracted from various header information layers in the bitstream. The output of frame/field/dualprime motion estimator and compensator 1056 is available on bus 1066, and is either applied unaltered to bus 1075 via intra/inter adapter 1070 or is zeroed out when "int" on line 1067 controlling intra/inter adapter is "1" and output on bus 1075.

**TABLE 1**

| Variable word-length Code | Run-length | Level |
|---|---|---|
| 0110 | EOB | |
| 10s | 0 | 1 |
| 010s | 1 | 1 |
| 110s | 0 | 2 |
| 00101S | 2 | 1 |
| 0111s | 0 | 3 |
| 00111s | 3 | 1 |
| 000110s | 4 | 1 |
| 00110s | 1 | 2 |
| 000111s | 5 | 1 |
| 0000110s | 6 | 1 |
| 0000100s | 7 | 1 |
| 11100s | 0 | 4 |
| 0000111s | 2 | 2 |
| 0000101s | 8 | 1 |
| 1111000s | 9 | 1 |
| 11101s | 0 | 5 |
| 000101s | 0 | 6 |
| 1111001s | 1 | 3 |
| 00100110s | 3 | 2 |
| 1111010s | 10 | 1 |
| 00100001s | 11 | 1 |
| 00100101s | 12 | 1 |
| 00100100s | 13 | 1 |
| 000100s | 0 | 7 |
| 00100111s | 1 | 4 |
| 11111100s | 2 | 3 |
| 11111101s | 4 | 2 |
| 000000100s | 5 | 2 |
| 000000101s | 14 | 1 |
| 000000111s | 15 | 1 |
| 0000001101s | 16 | 1 |
| 1111011s | 0 | 8 |
| 1111100s | 0 | 9 |
| 00100011s | 0 | 10 |
| 00100000s | 0 | 11 |
| 00100000s | 1 | 5 |
| 0000001100s | 2 | 4 |
| 11111010s | 0 | 12 |
| 11111011s | 0 | 13 |
| 11111110s | 0 | 14 |
| 11111111s | 0 | 15 |

In Table 1, "s" stands for the sign of the level and takes a value of 0 when positive and 1 when negative. "EOB" represents a 4 bit end-of-block. The remaining entries of the variable word-length code table are the same as that of the known MPEG-1 variable word-length code table (not shown).

I claim:

1. An apparatus for performing variable word-length coding comprising:

a means for receiving video signals each having a run-length and a level, the video signals representing at least a portion of an intra-coded picture;

**10**

a means for performing variable word-length coding of the video signals in accordance with the following table:

| RUN | LEVEL | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| LENGTH | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 0 | 3 | 4 | 5 | 6 | 7 | 7 | 8 | 9 |
| 1 | 4 | 6 | 8 | 9 | 9 | | | |
| 2 | 6 | 8 | 9 | 11 | | | | |
| 3 | 6 | 9 | | | | | | |
| 4 | 7 | 9 | | | | | | |
| 5 | 7 | 10 | | | | | | |
| 6 | 8 | | | | | | | |
| 7 | 8 | | | | | | | |
| 8 | 8 | | | | | | | |
| 9 | 8 | | | | | | | |
| 10 | 8 | | | | | | | |
| 11 | 9 | | | | | | | |
| 12 | 9 | | | | | | | |
| 13 | 9 | | | | | | | |
| 14 | 10 | | | | | | | |
| 15 | 10 | | | | | | | |
| 16 | 11 | | | | | | | |

| RUN | LEVEL | | | | | | |
|---|---|---|---|---|---|---|---|
| LENGTH | 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 0 | 9 | 9 | 9 | 9 | 9 | 9 | 9 |
| 1 | | | | | | | |
| 2 | | | | | | | |
| 3 | | | | | | | |
| 4 | | | | | | | |
| 5 | | | | | | | |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |
| 9 | | | | | | | |
| 10 | | | | | | | |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |

in which the values on the abscissa each represent the level of a video signal, the values on the ordinate each represent the run-length of a video signal, and the entries in the table each represent a number of bits in codes to be assigned to a video signal.

2. The apparatus of claim 1 wherein said table includes a plurality of additional entries which are compatible with the Motion Pictures Expert Group Phase 1 standard.

3. The apparatus of claim 1 wherein a Motion Pictures Expert Group Phase 1 compatible variable word-length code is utilized to encode non-intra coded video signals.

4. The apparatus of claim 3 further including a means for adaptively selecting a first or a second coding mode.

5. The apparatus of claim 4 wherein said first coding mode utilizes variable word-length coding entries in said table.

6. The apparatus of claim 5 wherein said second coding mode utilizes Motion Pictures Expert Group Phase 1 compatible variable word-length coding.

7. The apparatus of claim 4 wherein said means for adaptively selecting are responsive to a picture type received by said means for receiving.

8. The apparatus of claim 1 wherein said variable word-length coding is performed on a segment of the received video signal wherein said segment is selected from the group consisting of blocks, macroblocks, and pictures.

9. The apparatus of claim 3 wherein said non-intra coded video signals includes inter-coded video signals.

5,563,593

**11**

10. The apparatus of claim 1 wherein said non-intra coded video signal includes predicted-coded video signals.

11. The apparatus of claim 1 wherein one or more MPEG-1 variable word-length codes are utilized when a received video signal has a combination of run-length and level for which there is no entry in said table.

12. A method for performing variable word-length coding comprising:

receiving video signals each having a run-length and a level, the video signals representing at least a portion of an intra-coded picture;

performing variable word-length coding of the video signals in accordance with the following table:

| RUN LENGTH | LEVEL | | | | | | | |
|---|---|---|---|---|---|---|---|---|
|  | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 0 | 3 | 4 | 5 | 6 | 7 | 7 | 8 | 9 |
| 1 | 4 | 6 | 8 | 9 | 9 | | | |
| 2 | 6 | 8 | 9 | 11 | | | | |
| 3 | 6 | 9 | | | | | | |
| 4 | 7 | 9 | | | | | | |
| 5 | 7 | 10 | | | | | | |
| 6 | 8 | | | | | | | |
| 7 | 8 | | | | | | | |
| 8 | 8 | | | | | | | |
| 9 | 8 | | | | | | | |
| 10 | 8 | | | | | | | |
| 11 | 9 | | | | | | | |
| 12 | 9 | | | | | | | |
| 13 | 9 | | | | | | | |
| 14 | 10 | | | | | | | |
| 15 | 10 | | | | | | | |
| 16 | 11 | | | | | | | |

| RUN LENGTH | LEVEL | | | | | | |
|---|---|---|---|---|---|---|---|
|  | 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 0 | 9 | 9 | 9 | 9 | 9 | 9 | 9 |
| 1 | | | | | | | |
| 2 | | | | | | | |
| 3 | | | | | | | |

**12**

-continued

4
5
6
7
8
9
10
11
12
13
14
15
16

in which the values on the abscissa each represent the level of a video signal, the values on the ordinate each represent the run-length of a video signal, and the entries in the table each represent a number of bits in codes to be assigned to a video signal.

13. The method of claim 12 wherein one or more MPEG-1 variable word-length codes are utilized when a received video signal has a combination of run-length and level for which there is no entry in said table.

14. The method of claim 12 further including a step of adaptively selecting a first or a second coding mode.

15. The method of claim 12 wherein said first coding mode utilizes variable word length coding entries in said table.

16. The method of claim 15 wherein said second coding mode utilizes Motion Pictures Expert Group Phase 1 compatible variable word-length coding.

17. The method of claim 16 wherein said step of adaptively selecting is responsive to a picture type received during said step of receiving video signals.

18. The method of claim 12 wherein said variable word-length coding is performed on a segment of the received video signal wherein said segment is selected from the group consisting of blocks, macroblocks, and pictures.

* * * * *

# UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.    : 5,563,593                                    Page 1 of 3
DATED         : October 8, 1996
INVENTOR(S)   : Atul Puri

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

Column 10,
Line 5-40, delete the table in its entirety and substitute the following table

| RUN | LEVEL | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| LENGTH | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 0 | 3 | 4 | 5 | 6 | 6 | 7 | 7 | 8 |
| 1 | 4 | 6 | 8 | 9 | 9 | | | |
| 2 | 6 | 8 | 9 | 11 | | | | |
| 3 | 6 | 9 | | | | | | |
| 4 | 7 | 9 | | | | | | |
| 5 | 7 | 10 | | | | | | |
| 6 | 8 | | | | | | | |
| 7 | 8 | | | | | | | |
| 8 | 8 | | | | | | | |
| 9 | 8 | | | | | | | |
| 10 | 8 | | | | | | | |
| 11 | 9 | | | | | | | |
| 12 | 9 | | | | | | | |
| 13 | 9 | | | | | | | |
| 14 | 10 | | | | | | | |
| 15 | 10 | | | | | | | |
| 16 | 11 | | | | | | | |

| RUN | LEVEL | | | | | | |
|---|---|---|---|---|---|---|---|
| LENGTH | 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 0 | 8 | 9 | 9 | 9 | 9 | 9 | 9 |
| 1 | | | | | | | |
| 2 | | | | | | | |
| 3 | | | | | | | |
| 4 | | | | | | | |
| 5 | | | | | | | |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |
| 9 | | | | | | | |
| 10 | | | | | | | |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |

## UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.  : 5,563,593                                    Page 2 of 3
DATED         : October 8, 1996
INVENTOR(S) : Atul Puri

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

Column 11, line 15 through Column 12, line 14,
Delete the table in its entirety and substitute the following table

| RUN | LEVEL | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| LENGTH | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 0 | 3 | 4 | 5 | 6 | 6 | 7 | 7 | 8 |
| 1 | 4 | 6 | 8 | 9 | 9 | | | |
| 2 | 6 | 8 | 9 | 11 | | | | |
| 3 | 6 | 9 | | | | | | |
| 4 | 7 | 9 | | | | | | |
| 5 | 7 | 10 | | | | | | |
| 6 | 8 | | | | | | | |
| 7 | 8 | | | | | | | |
| 8 | 8 | | | | | | | |
| 9 | 8 | | | | | | | |
| 10 | 8 | | | | | | | |
| 11 | 9 | | | | | | | |
| 12 | 9 | | | | | | | |
| 13 | 9 | | | | | | | |
| 14 | 10 | | | | | | | |
| 15 | 10 | | | | | | | |
| 16 | 11 | | | | | | | |

# UNITED STATES PATENT AND TRADEMARK OFFICE
## CERTIFICATE OF CORRECTION

PATENT NO.   : 5,563,593
DATED        : October 8, 1996
INVENTOR(S)  : Atul Puri

Page 3 of 3

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

Column 11, line 15 through Column 12, line 14 (cont'd),

| RUN LENGTH | LEVEL | | | | | | |
|---|---|---|---|---|---|---|---|
| | 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 0 | 8 | 9 | 9 | 9 | 9 | 9 | 9 |
| 1 | | | | | | | |
| 2 | | | | | | | |
| 3 | | | | | | | |
| 4 | | | | | | | |
| 5 | | | | | | | |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |
| 9 | | | | | | | |
| 10 | | | | | | | |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |

Signed and Sealed this

Twenty-eighth Day of March, 2006

JON W. DUDAS
*Director of the United States Patent and Trademark Office*



US005500678A

# United States Patent [19]

## Puri

| | |
|---|---|
| [11] | **Patent Number:** **5,500,678** |
| [45] | **Date of Patent:** **Mar. 19, 1996** |

[54] **OPTIMIZED SCANNING OF TRANSFORM COEFFICIENTS IN VIDEO CODING**

[75] Inventor: **Atul Puri**, Riverdale, N.Y.

[73] Assignee: **AT&T Corp.**, Murray Hill, N.J.

[21] Appl. No.: **215,532**

[22] Filed: **Mar. 18, 1994**

[51] Int. Cl.⁶ ...................................... **H04N 7/50**
[52] U.S. Cl. .................................. **348/408; 348/405**
[58] Field of Search ...................... 348/408, 405, 348/419; H04N 7/133, 7/50

[56] **References Cited**

U.S. PATENT DOCUMENTS

5,227,878   7/1993   Puri ........................................ 348/416

*Primary Examiner*—Howard W. Britton
*Attorney, Agent, or Firm*—Eugene S. Indyk; Mark K. Young

[57] **ABSTRACT**

An improved scanning apparatus and method which allows for increased coding efficiency over conventional zigzag scans is disclosed. The invention advantageously allows for total compatibility with the MPEG-1 standard, and accomodates video sequences which may be composed of both the progressive and interlaced format frames.

**19 Claims, 7 Drawing Sheets**

|   | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| **0** | 601 | 602 | 603 | 604 | 605 | 606 | 607 | 608 |
| **1** | 609 | 610 | 611 | 612 | 613 | 614 | 615 | 616 |
| **2** | 617 | 618 | 619 | 620 | 621 | 622 | 623 | 624 |
| **3** | 625 | 626 | 627 | 628 | 629 | 630 | 631 | 632 |
| **4** | 633 | 634 | 635 | 636 | 637 | 638 | 639 | 640 |
| **5** | 641 | 642 | 643 | 644 | 645 | 646 | 647 | 648 |
| **6** | 649 | 650 | 651 | 652 | 653 | 654 | 655 | 656 |
| **7** | 657 | 658 | 659 | 660 | 661 | 662 | 663 | 664 |



FIG.1
(PRIOR ART)



FIG.2
(PRIOR ART)

## *FIG.3*
### (PRIOR ART)

| 301 | 302 | 303 | 304 | 305 | 306 | 307 | 308 |
|-----|-----|-----|-----|-----|-----|-----|-----|
| 309 | 310 | 311 | 312 | 313 | 314 | 315 | 316 |
| 317 | 318 | 319 | 320 | 321 | 322 | 323 | 324 |
| 325 | 326 | 327 | 328 | 329 | 330 | 331 | 332 |
| 333 | 334 | 335 | 336 | 337 | 338 | 339 | 340 |
| 341 | 342 | 343 | 344 | 345 | 346 | 347 | 348 |
| 349 | 350 | 351 | 352 | 353 | 354 | 355 | 356 |
| 357 | 358 | 359 | 360 | 361 | 362 | 363 | 364 |

## *FIG.4*
### (PRIOR ART)



TRANSFORM DECODER — 140

130 → INVERSE SCAN 410 — 420 → INVERSE QUANTIZER 430 — 440 → INVERSE DCT 450 → 145

Case 3:07-cv-00747-H -CAB   Document 1   Filed 04/20/07   Page 31 of 70

# FIG.5
## (PRIOR ART)



# FIG.6



*FIG.7*



## FIG.8





*FIG. 9*



*FIG. 10*

5,500,678

| 1 | 2 |

## OPTIMIZED SCANNING OF TRANSFORM COEFFICIENTS IN VIDEO CODING

### TECHNICAL FIELD

This invention relates to coding of video signals. More particularly, this invention relates to optimized scanning of transform coefficients for improved coding efficiency.

### BACKGROUND

Transform coding is an efficient image compression scheme that typically involves segmenting an image into blocks of pixels, taking discrete cosine transforms ("DCTs") of the blocks of pixels to obtain blocks of DCT coefficients, quantizing these coefficients, and coding the quantized coefficients by an entropy coder. Interframe coding schemes utilizing motion compensation and transform coding of motion compensated interframe differences, by taking DCTs of blocks of difference pixels, quantizing the DCT coefficients and entropy coding the quantized DCT coefficients, may also be employed.

Interframe coding employing motion compensation and DCT coding has become more widely recognized as a particularly efficient coding scheme for video compression and forms the core of the Comité Consulatif International Télégraphique et Téléphonique Recommendation H.261-Video Codec for Audiovisual Services at 64 Kbit/s, Geneva, August, 1990 ("CCITT H.261") and the Motion Pictures Expert Group Phase 1 ("MPEG-1") video compression standards. The MPEG-1 standard is set forth in International Standards Organization ("ISO") Committee Draft 11172-2, "Coding of Moving Pictures and Associated Audio for Digital Storage Media at up to 1.5 Mbits/s," November, 1991. The CCITT H.261 standard primarily addresses coding of video conferencing scenes of Common Intermediate Format resolution at bitrates of 64 kbit/s to 2 Mbit/s; the MPEG-1 standard can be efficiently used for coding all types of video scenes in 1 to 2 Mbit/s range. The MPEG-1 standard incorporates additional features, for example, group-of-pictures and motion compensated bidirectional prediction. However, because the MPEG-1 standard was initially applied to progressive format video, it is not optimized for coding of interlaced video conforming to the Comité Consultatif International des Radiocommunications Recommendation 601 ("CCIR 601") format which is similar to that used for broadcast and cable television. The CCITT H.261 and MPEG-1 coding standards specify that the DCT coefficients must be ordered before they are encoded. This ordering of DCT coefficients prior to encoding is called "scanning." For progressive format video, a conventional zigzag scan of DCT coefficients mentioned in the standards allows for ordering of the coefficients relative to their significance from low frequency to high frequency which results in events that can be efficiently coded by a two-dimensional variable length coder. Unfortunately, conventional zigzag scans do not allow for efficient coding of interlaced format video signals.

One approach to video coding using alternatives to the zigzag scan is discussed in U.S. Pat. No. 5,227,878 by A. Puri et al. which refers to adaptive coding on a macroblock basis using frame or field coding.

### SUMMARY

Applicant has developed a novel scanning apparatus and method which allows for increased coding efficiency over conventional zigzag scans. The invention advantageously allows for total compatibility with the MPEG-1 standard, and accomodates video sequences which may be composed of both the progressive and interlaced format frames.

The discussion in this Summary and the following Brief Description of the Drawings, Detailed Description, and drawings only, deals with examples of this invention and is not to be considered in any way a limitation on the scope of the exclusionary rights conferred by a patent which may issue from this application. The scope of such exclusionary rights is set forth in the claims at the end of this application.

### BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a simplified block diagram of an illustrative interframe motion compensated transform encoder.

FIG. 2 is a block diagram of some details of an illustrative transform encoder.

FIG. 3 shows the order in which DCT coefficients are scanned using a zigzag scan conforming to the MPEG-1 and CCITT H.261 standards.

FIG. 4 is a block diagram of some details of an illustrative transform decoder.

FIG. 5 is a simplified block diagram of an illustrative interframe motion compensated transform decoder.

FIG. 6 shows the order in which DCT coefficients are scanned in accordance with the invention.

FIG. 7 is a simplified block diagram of a forward scan operation with scan selection, arranged in accordance with the invention.

FIG. 8 is a simplified block diagram of an inverse scan operation that uses scan selection at an encoder, arranged in accordance with the invention.

FIG. 9 is a simplified block diagram of an illustrative encoder employing an alternative to conventional zigzag scans and a scan adaptation in accordance with the invention.

FIG. 10 is a simplified block diagram of an illustrative decoder employing an alternative to conventional zigzag scans and a scan adaptation in accordance with the invention.

### DETAILED DESCRIPTION

FIG. 1 is the simplified block diagram of an illustrative generalized interframe encoder. Video frames enter one-by-one at bus 100. Subtracter 105 differences an input frame of video on bus 100 with a prediction frame available on bus 180. The resulting prediction error signal appears on bus 110 and is transform encoded by the transform encoder 120 which outputs quantized and scanned transform coefficients on bus 125 which are simultaneously available on buses 130 and 185. Variable length encoder 190 entropy encodes these coefficients and multiplexes with other encoded overhead (not shown) and outputs a stream of bits on bus 195 for transport over a transmission channel or to a storage disk for eventual delivery to a decoder. The coefficients also get fed back on bus 130 to transform decoder 140 which outputs, on bus 145, an approximation of the prediction error signal on bus 110. A prediction signal available on bus 175 is summed to an approximated prediction error signal on bus 145 in adder 150, resulting in locally reconstructed output on bus 155 which is fed to motion estimator and motion compensated predictor 165 whose output is the prediction signal at bus 170. Those skilled in the art will appreciate that operation of the motion estimator and motion compensated predictor need not be described in detail here. However, it is

Exhibit B
Page 000026

5,500,678

3

necessary to explicitly state that motion compensated esti-mator and predictor 165 may not only compute motion estimates required for forward prediction, as in the CCITT H.261 standard, but also compute motion estimates required for forward and backward predictions, as in the MPEG-1 standard. The prediction signal at bus 170 is simultaneously made available at bus 180 to one of the inputs to the subtracter 105 as well as at bus 175 to one of the inputs to the adder 150.

FIG. 2 shows details of transform encoder 120 shown in FIG. 1. The input signal is segmented into two-dimensional non-overlapping blocks of pixels, typically, into 8×8 blocks which are fed to bus 110 and are transformed to correspond-ing 8×8 blocks of coefficients by the DCT 200. The coeffi-cients are then sent over bus 210 to quantizer 220. The quantized DCT two-dimensional coefficient blocks on bus 230 are then scanned to a one dimensional sequence of coefficients with the property that the more important coef-ficients are scanned first and the runs of coefficients quan-tized to zero are maximized. This is accomplished by scan 240. The scanned quantized DCT coefficients are output on bus 125 and are now ready for efficient entropy coding. Depending on the signal at the input 110, this type of transform encoder can be used to encode the original input signal or the prediction error signal. The conventional tech-nique for scanning blocks of two-dimensional quantized DCT coefficients into a one dimensional sequence of coef-ficients for every block is called the zigzag scan.

FIG. 3 shows the order in which the quantized transform coefficients forming a two dimensional block are scanned to produce a one dimensional sequence of quantized transform coefficients when performing the zigzag scan. Starting with the DC coefficient located at 301, low frequency coefficients located at 302, 309, 317, 310, 303,304, 311, 318, 325, 333,326, 318, 312, 305,306, 313,320, 327,334, 341 and so on along the zigzag scan path until the last coefficient located at 364 is scanned. The output of the scan on bus 125 consists of pairs of runs of zero quantized coefficients followed by the amplitude of next non- zero coefficient. These pairs are entropy encoded in a variable length encoder 190.

The details of the transform decoder 140 employed in FIG. 1 are shown in FIG. 4. This decoder reverses the operations performed by the transform encoder 120. Bus 130 at the input to the transform decoder consists of pairs of runs of zero quantized coefficients followed by the ampli-tude of next non-zero coefficient. Inverse scan 410 restores a two-dimensional block of quantized DCT coefficients by following the sequence of run, amplitude pairs available on bus 130, representing the output of the scan 240. These two-dimensional blocks of quantized coefficients are input to inverse quantizer 430 via bus 420. The output of quantizer 440 is inverse transformed in inverse DCT 450 to produce two-dimensional blocks of pixels which are output on bus 145. Then, inverse scan 410 employs the same zigzag scan order of 300 as the forward scan, which basically undoes the scan operation.

FIG. 5 is a simplified block diagram of an illustrative generalized interframe decoder. An incoming stream of bits from a transport medium, such as a transmission channel or a storage disk, is input over bus 500 to variable length decoder 510 which demultiplexes and decodes the bit pat-terns code representing different overhead (not shown) and the encoded events representing quantized DCT zero coef-ficient runs and non-zero amplitudes. The latter are output on bus 520 and fed to transform decoder 530. The transform decoder 530 is an exact replica of the transform decoder 140

4

in the local decoding loop of the generalized interframe encoder of FIG. 1. As will be appreciated by those skilled in the art, in the absence of errors on the transport medium, the input on bus 520 of the transform decoder 530 and the output of transform decoder on bus 540, carry the exact correspond-ing signals as input on bus 130 of the transform decoder 140 (FIG. 1) and its output on bus 145 (FIG. 1). Next, the decoded blocks of pixels representing approximated predic-tion error signal on bus 540 are summed in the adder 585 with the prediction signal 580 at the output of motion compensated predictor 570. The output of the adder 585 appears on the bus 590 and represents the decoded video at bus 595. The same output is also fed back to the motion compensated predictor 570 via bus 560 and the prediction generated by 570 is output on bus 580 and forms one input to the adder 585. Those skilled in the art will appreciate that operation of the motion compensated predictor need not be described in detailed herein. As above, it can produce not only the forward prediction, as in the CCITT H.261 stan-dard, but also the forward and the backward predictions, as in MPEG-1 standard. Thus, the operation of motion com-pensation loop of the local encoder and decoder are practi-cally identical, except that the decoder does not compute motion vectors since they are extracted from the decoded bitstream.

The zigzag scan 300 shown in FIG. 3 is only optimal when scanning blocks of pixels containing relatively flat areas or non-oriented texture. Since many simple video scenes contain a relatively high percentage of low detail areas containing directionally insensitive texture, and only a small percentage of blocks contain edges or directionally aligned structure, the zigzag scan works well overall. How-ever, in many applications such as with normal television, interlaced format video that provides a higher spatio-tem-poral resolution while striking a compromise between the vertical and the temporal resolution, must be used. In interlaced format video, each frame consists of two fields each of half vertical resolution of a frame but occurring at twice the frame rate. Unlike the simple, also known as progressive, format used in video conferencing, this type of format results in many artificial edges due to interlaced nature of each frame. Thus, the alternative scan in accor-dance with the invention works better than conventional zigzag scans since it takes into account such characteristics of interlaced video.

FIG. 6 shows the order in which the quantized transform coefficients forming a two-dimensional block are scanned to produce a one-dimensional sequence of quantized transform coefficients when performing an alternative to conventional zigzag scans in accordance with the invention. Starting with the DC coefficient located at 601, low frequency coefficients located at 609, 617,625,602, 610, 603, 611, 618, 626, 633, 641, 649, 657, 658, 650, 642, 634, 627, 619, 604 and so on along the alternate scan path, as shown, until the last coefficient located at 664 is scanned.

FIG. 7 is a simplified block diagram of an illustrative example of a scan selector 700 that allows selection between the conventional zigzag scan and the new alternative scan described above, in accordance with the invention. Quan-tized DCT coefficient blocks corresponding to blocks of pixels enter at bus 705. Counter 710 is initialized by control signal "init" on bus 707, the count on bus 715 at the output of the counter is made available on bus 720 which feeds the switch 780. At this time the "wrt_rd" control signal at switch 780 is set to "1" connecting the bus 720 to bus 785 and the incoming quantized DCT coefficient is stored in block store 790 at address on bus 785. This process is

5,500,678

5        6

repeated until all coefficients of a block are stored in the block store 790.

Next, depending on the value of the alternate scan control signal "asc" on bus 701, either the zigzag scan lookup table 745 or the alternate scan lookup table 760 is utilized. Counter 710 is initialized by control signal "init" on line 707. The output of the this counter on bus 715 provides a count of the coefficient being scanned. This signal is now available on bus 725 and applied to switch 735. Now, assume that control signal "asc" is set to "1" selecting the alternate scan. Switch 735 connects bus 725 with bus 755. Depending on the coefficient being processed, using look up table 760, a corresponding address along the scan appears on bus 765 through switch 770 to bus 775. Alternatively, if control signal "asc" is set to "0", the conventional zigzag scan is selected. Switch 735 connects bus 725 to bus 740 and corresponding contents of lookup table 745 appear on bus 750 and appear through switch 770 on bus 775. At this time, control signal "wrt_rd" on line 711 is set to "0" and, thus switch 780 connects bus 775 to bus 785. The address on bus 785 is now applied to the block store to retrieve the next coefficient along the one-dimensional scan. This process is repeated until all coefficients in a two-dimensional coefficient block in block store are ordered as a one dimensional sequence of coefficients facilitating the maximization of zero runs of coefficients and non-zero amplitude values along the scan. This process is repeated for every incoming coefficient block on line 705.

FIG. 8 is a simplified block diagram of an illustrative example of an inverse scan selector that allows selection between the conventional zigzag scan and the alternate scan for the purpose of reversing the scanning operation performed by the scan selector 700. Inverse scan selector 800 is similar in form and operation as scan selector 700, with the exception that some control signals are interpreted differently. Here, an incoming 1-dimensional scanned block of quantized DCT coefficients enters at bus 805, the counter 810 is initialized by the control signal "init" on bus 807 and the count on bus 815 at the output of the counter is made available on bus 820 which feeds the switch 870. At this time the "wrt_rd" control signal at switch 880 is set to "0" connecting the output of bus 820 to bus 885. This process is repeated until all coefficients of a block are stored in block store 890.

Next, depending on the value of the alternate scan control signal "asc" on bus 801, either the zigzag scan lookup table 845 or the alternate scan lookup table 860 is utilized. Counter 810 is initialized by control signal "init" on line 807. The output of the this counter on bus 815 provides count of the coefficient being scanned. This signal is available on bus 825 and applied to switch 835. Now, assume that control signal "asc" is set to "1" selecting the alternate scan. Switch 835 now connects bus 825 with bus 855. Depending on the coefficient being processed, using look up table 860, a corresponding address along the scan appears on bus 865 and through the switch 870 to bus 875. Alternatively, if control signal "asc" is set to "0", the zigzag scan would be selected. Switch 835 connects bus 825 to bus 840 and corresponding contents of lookup table 845 appear on bus 850, and appear through switch 870 on bus 875. At this time, control signal "wrt_rd" on line 811 is set to "1" and thus, switch 880 connects the bus 875 to bus 885. The address on bus 885 is now applied to the block store to retrieve the next coefficient along the two-dimensional block. This process is repeated until all the coefficients in a one-dimensional sequence of coefficient in block store are ordered as a two-dimensional block of coefficients. This process is

repeated for every incoming coefficient sequence on line 805.

As described so far, this illustrative example of the invention could be used, for example, to adapt the choice of scan either on a block, a macroblock, a slice or on a picture basis. However, the overhead necessary to communicate scan selection information to the decoder may not be insignificant compared to the savings if scan selection on a macroblock or block basis is adopted. Furthermore, the encoder complexity may increase in case, a posterior selection of scan based on bit counting on a block, macro block or a slice basis is performed. Also, as stated earlier, one of the primary reasons for bits savings in scan selection is linked to the nature of the video source. For interlaced sources alternative scan outperforms the zigzag scan, and since a video sequence may be composed of interlaced and progressive frames, a picture based scan selection between the zigzag scan an the alternate scan has been chosen as a compromise in the MPEG-2 video standard.

Various control/data signals necessary for understanding the operation of some of the elements in FIG. 9 and FIG. 10 are listed below:

pt: picture types allowed are I, P, B as described by MPEG-1.

ps: picture structure (Frame or field).

ivl: vlc selection for a picture.

qt: quantizer type table selected for a picture.

asc: alternate scan selected for a picture.

mv: motion vector/s of a macro block mot motion type (Frame or field or dual prime or submacroblock) for a macro block.

cdt: coding type (Frame or field) for a macroblock.

fro: forward motion direction of a macroblock.

bin: backward motion direction of a macroblock.

qs: quantizer scale chosen for a macroblock.

cbp: coded block pattern of a macroblock in the intra/inter coding mode for a macroblock.

shi: sequence header information.

phi: picture header information.

mbhi: macroblock header information

iqm: intra quantizer matrix for a sequence or part of a sequence

niqm: nonintra quantizer matrix for a sequence or part of a sequence

FIG. 9 is a simplified block diagram of an encoder employing an alternate scan and a scan adaptation in accordance with the invention. The structure of this encoder is similar in form and operation to the generalized interframe encoder shown in FIG. 1. Although the encoder in FIG. 9 shows several extra operations and a few low level data/control signals, the portions of the circuit not directly related to our invention are not covered in great detail herein as they will be readily apparent to those skilled in the art.

Video enters at bus 900 and is input via bus 901 to subtracter 902 where it is differenced with its prediction signal at bus 958 and the difference appears on bus 903 and enters frame/field formatter 905 where it is retained as frame b10cks or converted to field blocks on a macroblock basis. The output of the frame/field formatter appears on bus 906 and undergoes DCT transform and quantization in DCT and quantizer 910. For quantization, on a picture basis, a selection from two quantization tables is allowed by the "qt" signal. The intra or inter quantization characteristics are selected by the "in the" signal on a macroblock by

5,500,678

7

macrob10ck basis and corresponding quantization weighting matrix "iqm" and "niqm" are applied. The output of operations in DCT and quantizer 910 is quantized DCT coefficients on bus 913, and signals representing coded b10cks in a macro b10Ock 'cbp' on line 911 and quantizer step size "qs" on line 912. Next, quantized DCT coefficients enter scan selector 915, which is similar in form and operation to scan selector 700 (FIG. 7) which allows selection on a picture basis from among the zigzag and the alternate scan. The zigzag scan is selected for progressive frames and the alternate scan for interlaced pictures. The signal controlling the scan selection is "asc" on bus 914 which is discussed above. The scanned quantized coefficients appear on bus 916 at the output of scan selector 915 and are variable length encoded in variable length encoder 990 and multiplexed with encoded data representing various types of overhead. Such overhead information could include, for example, sequence header information "shi" at bus 960, picture header information "phi" at bus 970 and macroblock header information "mbhi" at bus 985 into MPEG-2 bitstream format for storage or transmission. The sequence header information on bus 960 consists of intra and inter quantization weighting matrices on line 961. The picture header information on bus 970 carries picture type "pt" on line 962, picture structure "ps" on line 963, intra VLC selection "ivl" on line 964, alternate scan selection "asc" on line 965 and quantizer type "qt" on line 966. The macroblock header information on bus 985 carries quantizer step "qs" on line 984, motion type "mot" on line 983, motion vector "mv" on line 982, coding type "cdt" on line 981, and macroblock type on line 980. The macroblock type is obtained from classifier 975 as a result of input control signals, forward motion "fm" on line 971, backward motion "bm" on line 972, coded block pattern "cbp" on line 973 and intra/inter decision "in the" on line 974. The bitstream representing coded data and overhead appears on bus 995 for transport or storage.

The local decoding loop at the encoder receives scanned quantized coefficients on bus 917 simultaneously with variable word length encoder 990. These coefficients are inverse scanned in inverse scan selector 920 which requires alternate scan control "asc" to decide which scan to use and output on bus 925 to inverse quantizer and inverse DCT 930. All but one of the control signals input or output from the DCT and quantizer 910 are input control signals to inverse quantizer and inverse DCT. Line 926 carries quantizer matrices, line 927 carries "in the", line 928 carries "qt", and line 929 carries "qs". The output of inverse DCT 930 are reconstructed prediction error blocks on bus 931 and undergo frame/field unformatting in field/frame unformatter 935 to invert the formatting operation of 905.

To the reorganized prediction error blocks on bus 936, motion compensated prediction on bus 957 is summed in adder 940 resulting in local reconstructed output on bus 941, which in turn is used for calculation of motion compensated prediction in 950. There are several choices regarding motion compensation methods in 950 the best one is indicated by motion type "mot" on line 948, the corresponding motion vectors "my" are output on line 947. Several control signals such as picture structure on line "942", forward motion "fm" on line 943, backward motion "bm" on line 944 and picture type "pt" on line 945 control the operation of motion estimator and motion compensator 950, whose output is the motion compensated prediction signal on bus 951. This signal is compared with original on bus 953 to decide which would be more efficient to code in intra/inter selector 955 which yields a control signal "in the" on line 956 and

8

prediction signal on bus 954 which appears simultaneously on buses 957 and 958.

The decoder of FIG. 10 performs a subset of operations performed by the local decoder in the encoder shown in FIG. 9. A bitstream at bus 1000 feeds a variable length decoder 1040, where depending on the context, code words representing control data forming sequence header information, macroblock header information, DCT coefficient data are identified and their values are decoded. The sequence header information "shi" is available on bus 1010 and comprises quantizer matrices, iqm and niqm on line 1011. The picture header information "phi" is available on bus 1030 and comprises picture type "pt" on line 1031, picture structure "ps" on line 1032, intra vlc select "ivl" on line 1033, alternate scan select "asc" on line 1034 and quantizer type "qt", on line 1035. Also included is macroblock header information on bus 1015 which comprises quantizer step size "qs" on line 10 16, motion type "mot" on line 1017, motion vectors "mv" on line 1018, coding type "cdt" on line 1019 and macroblock type "mbt" on line 1020. The macroblock type "mbt" on line 1020 is analyzed in 1025 to yield intra/inter decision "in the" on line 1026, coded block pattern "cbp" on bus 1029, forward motion "fm" on line 1028 and backward motion "bm" signal on line 1027. The decoded DCT coefficient data on bus 1036 is input to inverse scan selector 1040 which is controlled by the alternate scan "asc" signal on line 1037 and either performs either an alternative scan or zigzag scan as required. The output of inverse scan 1040 are a normally ordered two-dimensional DCT coefficient blocks and are input to inverse quantizer and inverse DCT 1045 which uses quantization matrices on line 1038, intra/inter signal in the on bus 1042, quantizer type signal "qt" on bus 1043 and quantizer step size "qs" on bus 1044 to perform inverse quantization. The output of inverse quantizer and inverse DCT on bus 1051 is blocks of pixels and to that a motion compensated prediction signal on bus 1075 is summed in adder 1052, the resulting signal on bus 1053 is reconstructed video on bus 1053, 1054 and 1080. The reconstructed video on bus 1054 is used to generate motion compensated prediction in motion compensator 1065 which is controlled by signals 'fm' on line 1055, "bm" on line 1056, "ps" on line 1057, "pt" on line 1058, "mv" on line 1059 and "mot" on line 1060. A difference with respect to motion estimator and compensator 950 at the encoder is that these signals do not need to be generated but instead are extracted from various header information layers in the bitstream. The output of motion compensator 1056 is available on bus 1066, and is either applied as is to bus 1075 via intra/inter adapter 1070, or is zeroed out when "in the" on line 1067 controlling intra/inter adapter is "1" and output on bus 1075.

I claim:

1. A method of encoding a video signal, comprising the steps of:

generating a set of frequency coefficient signals, the set representing the video signal, and corresponding to an N×M matrix, wherein each of the frequency coefficient signals corresponds to a predetermined horizontal coordinate and a predetermined vertical coordinate in the matrix;

scanning a first subset of the frequency coefficient signals within the set in a predetermined first subset scanning order, as represented by the following list of coordinate pairs, each pair representing a horizontal and vertical coordinate in the matrix, to create an ordered set of frequency coefficient signals:

(0, 0), (0, 1), (0, 2), (0, 3), (1, 0), (1, 1), (2, 0), (2, 1), (1, 2), (1,

5,500,678

**9**

3), (0, 4), (0, 5), (0, 6), (0, 7) (1, 7);

and

generating an encoded video signal, the encoded video signal including the ordered set of frequency coefficient signals.

2. The method of claim 1 wherein the scanning step is performed in response to a frame format associated with the video signal.

3. The method of claim 2 in which the frame format is an interlaced frame format.

4. The method of claim 1 further including a step of scanning a second subset of the frequency coefficient signals within the set in a predetermined second subset scanning order such that the ordered set includes frequency coefficient signals in the second subset, wherein the second subset scanning order is represented by the following list of coordinate pairs:

(1, 6), (1, 5), (1, 4), (2, 3), (2, 2), (3, 0), (3, 1), (4, 0), (4, 1), (3, 2), (3, 3), (2, 4), (2, 5), (2, 6), (2, 7).

5. The method of claim 4 further including a step of scanning a third subset of the frequency coefficient signals within the set in a predetermined third subset scanning order such that the ordered set includes the scanned frequency coefficient signals in the third subset, wherein the third subset scanning order is represented by the following list of coordinate pairs:

(3, 4), (3, 5), (3, 6), (3, 7), (4, 2), (4, 3), (5, 0), (5, 1), (6, 0), (6, 1), (5, 2), (5, 3), (4, 4), (4, 5), (4, 6) (4, 7).

6. The method of claim 5 further including a step of scanning a fourth subset of the frequency coefficient signals within the set in a predetermined fourth subset scanning order such that the ordered set includes the scanned frequency coefficient signals in the fourth subset, wherein the fourth subset scanning order is represented by the following list of coordinate pairs:

(5, 4), (5, 5), (5, 6), (5, 7), (6, 2), (6, 3), (7, 0), (7, 1), (7, 2), (7, 3), (6, 4), (6, 5), (6, 6), (6, 7), (7, 4), (7, 5), (7, 6), (7, 7).

7. A method for encoding a video signal, comprising the steps of:

generating a set of frequency coefficient signals, the set representing the video signal, wherein the set corresponds to an N×M matrix and each of the frequency coefficient signals corresponds to a predetermined horizontal coordinate and a predetermined vertical coordinate in the matrix;

alternatively selecting between a first scanning order and a second scanning order in response to a frame format associated with the video signal;

scanning the set of frequency coefficient signals according to the selected scanning order to cream an ordered set of frequency coefficient signals; and

generating an encoded video signal, the encoded video signal including the ordered set of frequency coefficient signals.

8. The method of claim 7 in which the first scanning order comprises a zigzag scanning order.

9. The method of claim 7 in which the second scanning order includes a first subset scanning order represented by the following list of coordinate pairs, each pair representing a horizontal and vertical coordinate in the matrix:

(0, 0), (0, 1), (0, 2), (0, 3), (1, 0), (1, 1), (2, 0), (2, 1), (1, 2), (1,

**10**

3), (0, 4), (0, 5), (0, 6), (0, 7) (1, 7).

10. The method of claim 9 in which the second scanning order further includes a second subset scanning order matrix such that the ordered set includes frequency coefficient signals in a second subset, the second subset scanning order represented by the following list of coordinate pairs, each pair representing a horizontal and vertical coordinate in the matrix:

(1, 6), (1, 5), (1, 4), (2, 3), (2, 2), (3, 0), (3, 1), (4, 0), (4, 1), (3, 2), (3, 3), (2, 4), (2, 5), (2, 6), (2, 7).

11. The method of claim 10 in which the second scanning order further includes a third subset scanning order matrix such that the ordered set includes frequency coefficient signals in a third subset, the third subset scanning order represented by the following list of coordinate pairs, each pair representing a horizontal and vertical coordinate in the matrix:

(3, 4), (3, 5), (3, 6), (3, 7), (4, 2), (4, 3), (5, 0), (5, 1), (6, 0), (6, 1), (5, 2), (5, 3), (4, 4), (4, 5), (4, 6) (4, 7).

12. The method of claim 11 in which the second scanning order further includes a fourth subset scanning order matrix such that the ordered set includes frequency coefficient signals in the fourth subset, the fourth subset scanning order represented by the following list of coordinate pairs, each pair representing a horizontal and vertical coordinate in the matrix:

(5, 4), (5, 5), (5, 6), (5, 7), (6, 2), (6, 3), (7, 0), (7, 1), (7, 2), (7, 3), (6, 4), (6, 5), (6, 6), (6, 7), (7, 4), (7, 5), (7, 6), (7, 7).

13. An apparatus for encoding a video signal, comprising:

a discrete cosine transform coefficient generator for generating a set of frequency coefficient signals, the set representing the video signal and corresponding to an N×M matrix, wherein each of the frequency coefficient signals corresponds to a predetermined horizontal coordinate and a predetermined vertical coordinate in the matrix;

a scanner for scanning a first subset of the frequency coefficient signals within the set in a predetermined first subset scanning order, as represented by the following list of coordinate pairs, each pair representing a horizontal and vertical coordinate in the matrix, to create an ordered set of frequency coefficient signals:

(0, 0), (0, 1), (0, 2), (0, 3), (1, 0), (1, 1), (2, 0), (2, 1), (1, 2), (1, 3), (0, 4), (0, 5), (0, 6), (0, 7) (1, 7);

and

a means for generating an encoded video signal, the encoded video signal including the ordered set of frequency coefficient signals.

14. The apparatus of claim 13 in which the scanner performs the scanning in response to a frame format associated with the video signal.

15. The apparatus of claim 14 in which the frame format is an interlaced frame format.

16. The apparatus of claim 13 in which the scanner further including a means for scanning a second subset of the frequency coefficient signals within the set in a predetermined second subset scanning order such that the ordered set includes frequency coefficient signals in the second subset, wherein the second subset scanning order is represented by the following list of coordinate pairs:

(1, 6), (1, 5), (1, 4), (2, 3), (2, 2), (3, 0), (3, 1), (4, 0), (4, 1), (3,

5,500,678

**11**

2), (3, 3), (2, 4), (2, 5), (2, 6), (2, 7).

**17.** The apparatus of claim **16** in which the scanner further includes a means for scanning a third subset of the frequency coefficient signals within the set in a predetermined third subset scanning order such that the ordered set includes the scanned frequency coefficient signals in the third subset, wherein the third subset scanning order is represented by the following list of coordinate pairs:

(3, 4), (3, 5), (3, 6), (3, 7), (4, 2), (4, 3), (5, 0), (5, 1), (6, 0), (6, 1), (5, 2), (5, 3), (4, 4), (4, 5), (4, 6) (4, 7).

**18.** The apparatus of claim **17** in which the scanner further includes a means for scanning a fourth subset of the frequency coefficient signals within the set in a predetermined fourth subset scanning order such that the ordered set includes the scanned frequency coefficient signals in the fourth subset, wherein the fourth subset scanning order is represented by the following list of coordinate pairs:

(5, 4), (5, 5), (5, 6), (5, 7), (6, 2), (6, 3), (7, 0), (7, 1), (7, 2), (7, 3), (6, 4), (6, 5), (6, 6), (6, 7), (7, 4), (7, 5), (7, 6), (7, 7).

**12**

**19.** An apparatus for encoding a video signal, comprising:

a discrete cosine transform generator for generating a set of frequency coefficient signals, the set representing the video signal and corresponding to an N×M matrix, wherein each of the frequency coefficient signals corresponds to a predetermined horizontal coordinate and a predetermined vertical coordinate in the matrix;

a scan selector for alternatively selecting between a first scanning order and a second scanning order in response to a frame format associated with the video signal;

a scanner for scanning the set of frequency coefficient signals according to the selected scanning order to create an ordered set of frequency coefficient signals; and

a means for generating an encoded video signal, the encoded video signal including the ordered set of frequency coefficient signals.

\* \* \* \* \*



US005136377A

# United States Patent [19]

Johnston et al.

| | |
|---|---|
| [11] Patent Number: | **5,136,377** |
| [45] Date of Patent: | **Aug. 4, 1992** |

[54] **ADAPTIVE NON-LINEAR QUANTIZER**

[75] Inventors: James D. Johnston, Warren; Scott C. Knauer, Mountainside; Kim N. Matthews, Watchung; Arun N. Netravali, Westfield; Eric D. Petajan, Watchung; Robert J. Safranek, New Providence; Peter H. Westerink, Newark, all of N.J.

[73] Assignee: AT&T Bell Laboratories, Murray Hill, N.J.

[21] Appl. No.: 626,279

[22] Filed: Dec. 11, 1990

[51] Int. Cl.⁵ ........................ H04N 7/12; H04N 7/01; H04N 7/04

[52] U.S. Cl. ..................................... 358/136; 358/140; 358/141

[58] Field of Search ............... 358/135, 136, 140, 141, 358/12

[56] **References Cited**

**U.S. PATENT DOCUMENTS**

| | | | |
|---|---|---|---|
| 4,051,530 | 9/1977 | Kuroda et al. | 358/136 |
| 4,202,011 | 5/1980 | Koga | 358/136 |
| 4,460,923 | 7/1984 | Hirano et al. | 358/136 |
| 4,562,468 | 12/1985 | Koga | 358/136 |
| 4,672,441 | 6/1987 | Hoelzlwimmer et al. | 358/136 |
| 4,689,672 | 8/1987 | Furukawa et al. | 358/136 |

**OTHER PUBLICATIONS**

Patent application Ser. No. 07/495525 filed Mar. 19, 1990 entitled "A High Definition Television Arrangement Employing Motion Compensated Prediction Error Signals", by S. C. Knauer et al.
Patent application Ser. No. 07/495523 filed Mar. 19, 1990 entitled "A High Definition Television Arrangement with Signal Selections Adapted to the Available Transmission Capacity", by S. C. Knauer et al.
Patent application Ser. No. 07/495507 filed Mar. 19, 1990 entitled "A High Definition Television Arrangement Including Noise Immunity Means", by S. C. Knauer et al.
Patent application Ser. No. 07/495559 filed Mar. 19, 1990 entitled "A Television Signal Arrangement Where Selected Signals are Encoded Digitally", by S. C. Knauer et al.
"Digital Pictures" by A. N. Netravali and B. G. Haskell, Plenum Press, 1988, p. 334 et seq.
"A Visual Model Weighted Cosine Transform for Image Compression and Quality Assessment", by Nill in IEEE Transactions on Communications, vol. COM-33, No. 6, Jun., 1985, pp. 551-557.
"Image quality measure based on a human visual system model", by Saghri et al., Optical Engineering, vol. 28, No. 7, Jul. 1989, pp. 813-818.
"Adaptive Quantization of Picture Signals using Spatial Masking", by Netravali et al., Proceedings of IEEE, vol. 65, Apr. 1977, pp. 536-548.
"Design of Statistically Based Buffer Control Policies for Compressed Digital Video", Zdepski et al., 1989 IEEE Conference, pp. 1343-1349.

*Primary Examiner*—John K. Peng
*Attorney, Agent, or Firm*—Henry T. Brendzel

[57] **ABSTRACT**

A quantizer, with quantization control that is sensitive to input signal characteristics and to output buffer fullness responds to an input signal that is divided into blocks and DCT transformed. The transformed signal is analyzed to develop a brightness correction and to evaluate the texture of the image and the change in texture in the image. Based on these, and in concert with the human visual perception model, perception threshold signals are created for each subband of the transformed signal. Concurrently, scale factors for each subband of the transformed signal are computed, and a measure of variability in the transformed input signal is calculated. A measure of the fullness of the buffer to which the quantizer sends its encoded results is obtained, and that measure is combined with the calculated signal variability to develop a correction signal. The correction signal modifies the perception threshold signals to develop threshold control signals that are applied to the quantizer. The scale factors are also applied to the quantizer, as well as a global target distortion measure.

**31 Claims, 11 Drawing Sheets**



Exhibit C
Page 000032

**U.S. Patent**          Aug. 4, 1992          Sheet 1 of 11          **5,136,377**

FIG. 1



Exhibit C
Page 000033

FIG. 2



Exhibit C
Page 000034

Case 3:07-cv-00747-H -CAB   Document 1   Filed 04/24/07   Page 46 of 70

FIG. 3



FIG. 4



Exhibit C
Page 000035

FIG. 5



FIG. 6



FIG. 7



Exhibit C
Page 000036

FIG. 8



Exhibit C
Page 000037

FIG. 9



Exhibit C
Page 000038

FIG. 10



Exhibit C
Page 000039

FIG. 11



FIG. 12



FIG. 13



Exhibit C
Page 000040

FIG. 14



FIG. 15



Exhibit C
Page 000041

FIG. 16



Exhibit C
Page 000042

**FIG. 17**



Exhibit C
Page 000043

5,136,377

**1**

## ADAPTIVE NON-LINEAR QUANTIZER

### CROSS-REFERENCE TO RELATED APPLICATION

This application is related to four other applications filed on this date. Their titles are:
1. A High Definition Television Coding Arrangement With Graceful Degradation
2. An Adaptive Leak HDTV Encoder
3. HDTV Encoder with Forward Estimation and Constant Rate Motion Vectors
4. HDTV Receiver

### BACKGROUND OF THE INVENTION

This invention relates to encoding of signals, and more specifically, to encoding of signals with a controlled quantizer.

When image signals are digitized and linearly quantized, a transmission rate of about 100 Mbits per second is necessary for images derived from standard TV signals. For HDTV, with its greater image size and greater resolution, a much higher transmission rate would be is required. When terrestrial transmission is desired, and when the option of allocating greater bandwidth per channel is unavailable, it is necessary to compress the HDTV signal within the allocated bandwidth. Having an allocated bandwidth is tantamount to having a certain number of information bits that can be transmitted in each selected time interval, such as an image frame. All of the compression techniques of HDTV signals must of necessity consider this bit budget.

In order to reduce the bit rate, or to fit the encoded signal of an image frame within the allocated bit budget, various coding schemes have been studied. One is the so-called "differential pulse code modulation" (DPCM) coding approach. By this method, the value of a particular pixel at any moment is predicted on the basis of values of pixels which have been already coded. The necessary number of bits is reduced by coding the difference (error) between the predicted value and the value of the particular pixel at that moment. According to this differential pulse code modulation, it is possible to reduce the number of bits per pixel by approximately half.

Still, that number is much larger than can be accepted for terrestrial transmission, so a second look is typically taken at the quantizer itself. Clearly, if the step size of the quantizer is made large enough, the number of bits generated can be reduced to an acceptable level. Alas, the quantization error resulting therefrom would yield a picture that is far from acceptable.

Experiments show, and it is quite logical, that the effect of quantization error is different for different types of picture and, expectedly, artisans have tried to tailor quantizers to the pictures being encoded.

U.S. Pat. No. 4,802,232 issued Jan. 31, 1989, for example, describes one such attempt. In accordance with the described approach the picture to be encoded is divided into regions and each region of the input image is classified into one of a preset number of classes. The signal of each class is quantized in a specified manner, and the manner of quantization of the different classes, of course, differ. The limitation of this approach is the hard decisions boundaries between the classes.

Nill in "A Visual Model Weighted Cosine Transform for Image Compression and Quality Assessment", IEEE Transactions on Communications, Vol. COM-33,

**2**

No. 6, June, 1985, pg. 551–557 and Saghri et al. "Image quality measure based on a human visual system model", Optical Engineering, Vol. 28, No. 7, July 1989, pg. 813–818, describe very similar approaches. These approaches utilize fixed global thresholds for each frequency band, where the thresholds are set based on a model of the human visual systems (HVS) modulation transfer function (MTF), and the transform utilized. The limitation of this approach is that the quantization cannot adapt to local characteristics of the image.

In "Adaptive Quantization of Picture Signals using Spatial Masking", Proceedings of IEEE, Vol. 65, April 1977, pg. 536–548, Netravali et al. describe a means of designing non-uniform quantizers to incorporate spatial masking and brightness correction for predictive coding systems. The limitation of their approach, again, is that the quantization cannot adapt to local characteristics of the image.

In "Design of Statistically Based Buffer Control Policies for Compressed Digital Video", Zdepski et al., an IEEE conference, 1989, describe an approach where the quantizer in the DPCM loop interacts with an adaptive mode control circuit. The circuit measures the number of bits generated by the quantizer and, based on preselected thresholds, decides for the next frame on one of eight possible quantizer step sizes. The selected step size is employed for the next frame. A similar approach is described in "Digital Pictures" by A. N. Netravali and B. G. Haskell, Plenum Press, 1988, pg. 537 et seq.

The deficiency of these methods is that the quantization steps are altered in discrete jumps and in that no accounting is made of a global distortion target.

It is an object of this invention, therefore, to develop means for controlling the quantizer so that the number of bits generated per frame is, on the average, within the allocated bit budget.

It is another object of this invention to control the quantizer in a manner that is sensitive to the characteristics of the input signal to which human viewers are sensitive.

It is still another object of this invention to control the quantizer in a manner that spreads as evenly as possible the unavoidable quantization noise.

### SUMMARY OF THE INVENTION

These and other objects are achieved with a quantizer control mechanism that is responsive to both the input signal and the fullness of the output buffer. More specifically, the input image is divided into blocks and the signal of each block is DCT transformed. The transformed signal is analyzed to develop a brightness correction and to evaluate the texture of the image and the change in texture in the image. Based on these, and in concert with the human visual perception model, perception threshold signals are created for each subband of the transformed signal.

Concurrently, scale factors for each subband of the transformed signal are computed, and a measure of variability in the transformed input signal is calculated. A measure of the fullness of the buffer to which the quantizer sends its encoded results is obtained, and that measure is combined with the calculated signal variability to develop a correction signal. The correction signal modifies the perception threshold signals to develop threshold control signals that are applied to the quan-

Exhibit C
Page 000044

5,136,377

**3**

tizer. The scale factors are also applied to the quantizer, as well as a global target distortion measure.

The quantizer pre-multiplies the input signal by the scale factors and quantizes the signal in a manner that is sensitive to the threshold control signals. The quantization itself is performed a number of times by scanning a codebook that specifies the exact manner of quantizing of each of the subbands of the transformed signal. Accounting for the global target distortion, the best quantization result is selected and sent to the aforementioned buffer.

## BRIEF DESCRIPTION OF THE DRAWING

FIG. 1 presents a block diagram of a forward estimation section of an HDTV digital encoder;

FIG. 2 presents a block diagram of an encoding loop section of an HDTV encoder that interacts with the forward estimation section of FIG. 1;

FIG. 3 depicts a hardware organization for a coarse motion vector detector;

FIG. 4 depicts a hardware organization for a fine motion vector detector that takes into account the output of the coarse motion vector detector;

FIG. 5 illustrates the spatial relationship of what is considered a "slice" of image data;

FIG. 6 shows one way for selecting a mix of motion vectors to fit within a given bit budget;

FIG. 7 presents one embodiment for evaluating a leak factor, α;

FIG. 8 illustrates the arrangement of a superblock that is quantized in QVS 38 block of FIG. 2;

FIG. 9 depicts how a set of selection error signals is calculated in preparation for codebook vector selection;

FIG. 10 presents a block diagram of QVS block 38;

FIG. 11 is a block diagram of inverse quantization block 39;

FIG. 12 presents the structure of perceptual coder 49;

FIG. 13 illustrates the structure of perceptual processor 93;

FIG. 14 is a block diagram of texture processors 96 and 98;

FIG. 15 presents a block diagram of a digital HDTV receiver;

FIG. 16 presents a modified forward estimation block that choses a leak factor from a set of two fixed leak factors; and

FIG. 17 a frame buffere circuit that includes a measure of temporal filtering.

## DETAILED DESCRIPTION

The motion estimation principles of this invention start with the proposition that for a given bit budget, a much better overall prediction error level can be attained by employing blocks of variable sizes. Starting with large sized blocks that handle large image sections for which a good translation vector can be found, the motion vector selection in accordance with this invention then replaces, or adds, to some of motion vectors for the large blocks with motion vectors for the small blocks.

While these principles of the invention can be put to good use in the prediction of other types of signals, it is clear that it is quite useful in connection with the encoding of HDTV signals. However, in the HDTV application there is simply not enough time within the encoding loop to compute the best motion vectors and to then select the best mix of motion vectors. Accordingly, a forward estimation section is incorporated in the en-

**4**

coder, and that section creates as many of the signals used within the encoder as it is possible. The input image signal is, of course, appropriately delayed so that the need for the signals that are computed within the forward estimation section does not precede their creation.

In order to appreciate the operation of the motion vector selection and encoding processes improvement of this invention serves, the following describes the entire coder section of an HDTV transmitter. The principles of this invention are, of course, primarily described in connection with the motion vector estimation and selection circuits depicted of FIG. 1.

## DETAILED DESCRIPTION

Quantization of the signals is one of the most important tasks that the HDTV transmitter must perform. The quantizer, however, is but a part of the entire encoding loop. Moreover, the encoding loop, generally, and the quantizer, in particular, require a number of signals that need a substantial period of time for computation. Fortunately, it is possible to compute these signals in a forward estimation section, which "off line" as far as the encoding loop is concerned.

To better understand the function and workings of the quantizer of this invention, the following describes the entire coder section of an HDTV transmitter, i.e., both the forward estimation section and the encoding loop. The detailed principles of this invention are primarily described in connection with the perceptual encoder circuit, the quantizer circuit, and the associated circuits.

In FIG. 1, the input signal is applied at line 10. It is a digitized video signal that arrives in sequences of image frames. This input signal is applied to frame-mean processor 11, to buffer 12, and to motion vector generator 13. The output of buffer 12 is also applied to motion vector generator 13. Frame-mean processor 11 develops the mean value of each incoming frame. That value is delayed in buffers 24 and 25, and applied to a number of elements within FIG. 1, as described below. It is also sent to the encoding loop of FIG. 2 through buffer 52. Motion vector generator 13 develops motion vectors which are applied to motion vector selector/encoder 14 and, thereafter, through buffers 15 and 32, wherefrom the encoded motion vectors are sent to the encoding loop of FIG. 2. The unencoded output of motion vector selector/encoder 14 is also applied to motion compensator block 16, and to buffer 17 followed by buffer 50, wherefrom the unencoded motion vectors are sent to the encoding loop of FIG. 2.

The output of buffer 12 is applied to buffer 18 and thereafter to buffers 19 and 51, wherefrom it is sent to the encoding loop of FIG. 2. The output of buffer 18 is applied to buffer 22 and to leak factor processor 20, and the output of buffer 19 is applied to motion compensator circuit 16. The output of motion compensator 16 is applied to buffer 21 and to leak factor processor 20.

The frame-mean signal of buffer 25 is subtracted from the output of buffer 21 in subtracter 26 and from the output of buffer 22 in subtracter 27. The outputs of subtracter 26 and leak processor 20 are applied to multiplier 23, and the output of multiplier 23 is applied to subtracter 28. The output of leak processor 20 is also sent to the encoding loop of FIG. 2 via buffer 31. Element 28 subtracts the output of multiplier 23 from the output of subtracter 27 and applies the result to DCT transform circuit 30. The output of transform circuit 30

Exhibit C
Page 000045

5,136,377

5                                                                    6

is applied to processor 53 which computes scale factors $S_{ij}$ and signal standard deviation $\sigma$ and sends its results to FIG. 2. The output of subtracter 27 is applied to DCT transform circuit 29, and the output of DCT circuit 29 is sent to the encoding loop of FIG. 2.

To get a sense of the timing relationship between the various elements in FIG. 1, it is useful to set a benchmark, such as by asserting that the input at line 10 corresponds to the image signal of frame t; i.e., that the input signal at line 10 is frame I(t). All of the buffers in FIG. 1 store and delay one frame's worth of data. Hence, the output of buffer 12 is I(t-1), the output of buffer 18 is I(t-2), the output of buffer 19 is I(t-3), and the output of buffer 51 is I(t-4).

Motion vector generator 13 develops motion vectors M(t) that (elsewhere in the encoder circuit and in the decoder circuit) assist in generating an approximation of frame I(t) based on information of frame I(t-1). It takes some time for the motion vectors to be developed (an internal delay is included to make the delay within generator 13 equal to one frame delay). Thus, the output of generator 13 (after processing delay) corresponds to a set of motion vectors MV(t-1). Not all of the motion vectors that are created in motion vector generator 13 are actually used, so the output of generator 13 is applied to motion vector selector/encoder 14 where a selection process takes place. Since the selection process also takes time, the outputs of selector/encoder 14 are MV(t-2) and CODED MV(t-2) signals, which are the motion vectors, and their coded representations, that assist in generating an approximation of frame I(t-2) based on information of frame I(t-3). Such an I(t-2) signal is indeed generated in motion compensator 16, which takes the I(t-3) signal of buffer 19 and the motion vectors of selector/encoder 14 and develops therefrom a displaced frame signal DF(t-2) that approximates the signal I(t-2). Buffers 17 and 50 develop MV(t-4) signals, while buffers 15 and 32 develop the CODED MV(t-4) signals.

As indicated above, processor 11 develops a frame-mean signal. Since the mean signal cannot be known until the frame terminates, the output of processor 11 relates to frame t-1. Stated differently, the output of processor 11 is M(t-1) and the output of buffer 25 is M(t-3).

Leak factor processor 20 receives signals I(t-2) and DF(t-2). It also takes time to perform its function (and internal delay is included to insure that it has a delay of exactly one frame), hence the output signal of processor 20 corresponds to the leak factor of frame (t-3). The output of processor 20 is, therefore, designated L(t-3). That output is delayed in buffer 31, causing L(t-4) to be sent to the encoding loop.

Lastly, the processes within elements 26–30 are relatively quick, so the transformed frame ($\bar{I}_T$) and displaced frame difference (DFD$_T$) outputs of elements 29 and 30 correspond to frame $I_T$(t-3) and DFD$_T$(t-3), respectively, and the output of processor 53 corresponds to $S_{ij}$(t-4) and $\sigma$(t-4).

FIG. 2 contains the encoding loop that utilizes the signals developed in the forward estimation section of FIG. 1. The loop itself comprises elements 36, 37, 38, 39, 40, 41, 42, 43, 44 and 45. The image signal I(t-4) is applied to subtracter 36 after the frame-mean signal M(t-4) is subtracted from it in subtracter 35. The signal I(t-4) developed by subtracter 36 is the difference between the image I(t-4) and the best estimation of image I(t-4) that is obtained from the previous frame's data con-

tained in the encoding loop (with the previous frame's frame-mean excluded via subtracter 44, and with a leak factor that is introduced via multiplier 45). That frame difference is applied to DCT transform circuit 37 which develops 2-dimensional transform domain information about the frame difference signal of subtracter 36. That information is encoded into vectors within quantizer-and-vector-selector (QVS) 38 and forwarded to encoders 46 and 47. The encoding carried out in QVS 38 and applied to encoder 47 is reversed to the extent possible within inverse quantizer 39 and applied to inverse DCT circuit 40.

The output of inverse DCT circuit 40 approximates the output of subtracter 36. However, it does not quite match the signal of subtracter 36 because only a portion of the encoded signal is applied to element 39 and because it is corrupted by the loss of information in the encoding process of element 38. There is also a delay in passing through elements 37, 38, 39, and 40. That delay is matched by the delay provided by buffer 48 before the outputs of buffer 48 and inverse DCT transform circuit 40 are combined in adder 41 and applied to adder 54. Adder 54 adds the frame-mean signal M(t-4) and applies the results to buffer 42. Buffer 42 complements the delay provided by buffer 48 less the delay in elements 43, 44 and 45 (to form a full one frame delay) and delivers it to motion compensator 43.

Motion compensator 43 is responsive to the motion vectors MV(t-4). It produces an estimate of the image signal I(t-4), based on the approximation of I(t-5) offered by buffer 42. As stated before, that approximation is diminished by the frame-mean of the previous frame, M(t-5), through the action of subtracter 44. The previous frame's frame-mean is derived from buffer 55 which is fed by M(t-4). The results of subtracter 44 are applied to multiplier 45 which multiplies the output of subtracter 44 by the leak factor L(t-4). The multiplication results form the signal to the negative input of subtracter 36.

It may be noted in passing that the action of motion compensator 43 is linear. Therefore, when the action of buffer 42 is also linear—which means that it does not truncate its incoming signals—then adder 54 and subtracter 44 (and buffer 55) are completely superfluous. They are used only when buffer 42 truncates its incoming signal to save on the required storage.

In connection with buffer 42, another improvement is possible. When the processing within elements 36, 37, 38, 39, and 40 and the corresponding delay of buffer 48 are less than the vertical frame retrace interval, the output of buffer 42 can be synchronized with its input, in the sense that pixels of a frame exit the buffer at the same time that corresponding pixels of the previous frame exit the buffer. Temporal filtering can then be accomplished at this point by replacing buffer 42 with a buffer circuit 42 as shown in FIG. 17. In buffer circuit 42, the incoming pixel is compared to the outgoing pixel. When their difference is larger than a certain threshold, the storage element within circuit 42 is loaded with the average of the two compared pixels. Otherwise, the storage element within buffer 42 is loaded with the incoming pixel only.

QVS 38 is also responsive to perceptual coder 49 and to $S_{ij}$(t-4). That coder is responsive to signals $\bar{I}_T$(t-4) and $\sigma$(t-4). Signals $S_{ij}$(t-4) are also sent to inverse quantization circuit 39 and to buffer fullness and formatter (BFF) 56. BFF block 56 also receives information from encoders 46 and 47, the leak signal L(t-4) and the

Exhibit C
Page 000046

5,136,377

**7**

CODED MV(t-4) information from buffer 32 in FIG. 1. BFF block 56 sends fullness information to perceptual coder 49 and all if its received information to subsequent circuitry. where the signals are amplified. appropriately modulated and, for terrestrial transmission, applied to a transmitting antenna.

BFF block 56 serves two closely related functions. It packs the information developed in the encoders by applying the appropriate error correction codes and arranging the information, and it feeds information to perceptual coder 49, to inform it of the level of output buffer fullness. The latter information is employed in perceptual coder 49 to control QVS 38·and ·inverse quantizer 39 and, consequently, the bit rate of the next frame.

The general description above provides a fairly detailed exposition of the encoder within the HDTV transmitter. The descriptions below delve in greater detail into each of the various circuits included in FIGS. 1 and 2.

## FRAME-MEAN CIRCUIT 11

The mean. or average, signal within a frame is obtainable with a simple accumulator that merely adds the values of all pixels in the frame and divides the sum by a fixed number. Adding a binary number of pixels offers the easiest division implementation. but division by any other number is also possible with some very simple and conventional hardware (e.g., a look-up table). Because of this simplicity, no further· description is offered herein of circuit 11.

## MOTION VECTOR GENERATOR 13

The motion·vector generator compares the two sequential images I(t) and I(t-1), with an eye towards detecting regions, or blocks, in the current image frame, I(t), that closely match regions, or blocks, in the previous image frame, I(t-1). The goal is to generate relative displacement information that permits the creation of an approximation of the current image frame from a combination of the displacement information and the previous image frame.

More specifically, the current frame is divided into $n \times n$ pixel blocks, and a search is conducted for each block in the current frame to find an $n \times n$ block in the previous frame that matches the current frame block as closely as possible.

If one wishes to perform an exhaustive search for the best displacement of an $n \times n$ pixel block in a neighborhood of a $K \times K$ pixel array, one has to test all of the possible displacements, of which there are $(K-n) \times (K-n)$. For each of those displacements one has to determine the magnitude of the difference (e.g., in absolute, RMS, or square sense) between the $n \times n$ pixel array in the current frame and the $n \times n$ portion of the $K \times K$ pixel array in the previous frame that corresponds to the selected displacement. The displacement that corresponds to the smallest difference is the preferred displacement, and that is what we call the motion vector.

One important issue in connection with a hardware embodiment of the above-described search process is the shear volume of calculations that needs to be performed in order to find the absolutely optimum motion vector. For instance, if the image were subdivided into blocks of $8 \times 8$ pixels and the image contains $1024 \times 1024$ pixels, then the total number of blocks that need to be matched would be $2^{14}$. If an exhaustive search over the entire image were to be performed in determining the

**8**

best match, then the number of searches for each block would be approximately $2^{20}$. The total count (for all the blocks) would then be approximately $2^{34}$ searches. This "astronomical" number is just too many searches!

One approach for limiting the required number of searches is to limit the neighborhood of the block whose motion vector is sought. In addition to the direct reduction in the number of searches that must be undertaken, this approach has the additional benefit that a more restricted neighborhood limits the number of bits that are required to describe the motion vectors (smaller range), and that reduces the transmission burden. With those reasons in mind, we limit the search neighborhood in both the horizontal and vertical directions to $\pm 32$ positions. That means, for example, that when a $32 \times 16$ pixel block is considered, then the neighborhood of search is $80 \times 80$ pixels, and the number of searches for each block is $2^{12}$ (compared to $2^{20}$).

As indicated above, the prediction error can be based on a sum of squares of differences, but it is substantially simpler to deal with absolute values of differences. Accordingly, the motion vector generator herein compares blocks of pixels in the current frame with those in the previous frame by forming prediction error signals that correspond to the sum over the block of the absolute differences between the pixels.

To further reduce the complexity and size of the search, a two-stage hierarchical motion estimation approach is used. In the first stage, the motion is estimated coarsely, and in the second stage the coarse estimation is refined. Matching in a coarse manner is achieved in the first stage by reducing the resolution of the image by a factor of 2 in both the horizontal and the vertical directions. This reduces the search area by a factor of 4, yielding only $2^{12}$ blocks in a $1024 \times 1024$ image array. The motion vectors generated in the first stage are then passed to the second stage, where a search is performed in the neighborhood of the coarse displacement found in the first stage.

FIG. 3 depicts the structure of the first (coarse) stage in the motion vector generator. In FIG. 3 the input signal is applied to a two-dimensional, 8 pixel by 8 pixel low-pass filter 61. Filter 61 eliminates frequencies higher than half the sampling rate of the incoming data. Subsampler 62 follows filter 61. It subsamples its input signal by a 2:1 factor. The action of filter 61 insures that no aliasing results from the subsampling action of element 62 since it eliminates signals above the Nyquist rate for the subsampler. The output of subsampler 62 is an image signal with half as many pixels in each line of the image, and half as many lines in the image. This corresponds to a four-fold reduction in resolution, as discussed above.

In FIG. 1, motion vector generator 13 is shown to be responsive to the I(t) signal at input line 10 and to the I(t-1) signal at the output of buffer 12. This was done for expository purposes only, to make the operation of motion vector 13 clearly understandable in the context of the FIG. 1 description. Actually, it is advantageous to have motion vector generator 13 be responsive solely to I(t), as far as the connectivity of FIG. 1 is concerned, and have the delay of buffer 12 be integrated within the circuitry of motion vector generator 13.

Consonant with this idea, FIG. 3 includes a frame memory 63 which is responsive to the output of subsampler 62. The subsampled I(t) signal at the input of frame memory 63 and the subsampled I(t-1) signal at the out-

Exhibit C
Page 000047

5,136,377

**9**

put of frame memory 63 are applied to motion estimator 64.

The control of memory 63 is fairly simple. Data enters motion estimator block 64 is sequence, one line at a time. With every sixteen lines of the subsampled I(t), memory 64 must supply to motion estimator block 64 sixteen lines of the subsampled I(t-1); except offset forward by sixteen lines. The 32 other (previous) lines of the subsampled I(t-1) that are needed by block 64 are already in block 64 from the previous two sets of sixteen lines of the subsampled I(t) signal that were applied to motion estimator block 64.

Motion estimator 64 develops a plurality of prediction error signals for each block in the image. The plurality of prediction error signals is applied to best-match calculator 65 which identifies the smallest prediction error signal. The displacement corresponding to that prediction error signal is selected as the motion vector of the block.

Expressed in more mathematical terms, if a block of width w and height h in the current frame block is denoted by b(x,y,t), where t is the current frame and x and y are the north-west corner coordinates of the block, then the prediction error may be defined as the sum of absolute differences of the pixel values:

$$PE(x,y,w,h,r,s) = \sum_{i=x}^{x \pm w} \left[ \sum_{j=y}^{y \pm h} |b(i - r,j - s,t - 1) - b(i,j,t)| \right] \quad (1)$$

where r and s are the displacements in the x and y directions, respectively.

The motion vector that gives the best match is the displacement (r,s) that gives the minimum prediction error.

The selection of the motion vector is performed in calculator 65. In cases where there are a number of vectors that have the same minimum error, calculator 65 selects the motion vector (displacement) with the smallest magnitude. For this selection purpose, magnitudes are defined in calculator 65 as the sum of the magnitudes of the horizontal and vertical displacement, i.e., $|r| + |s|$.

In the second stage of motion vector generator 13, a refined determination is made as to the best displacement value that can be selected, within the neighborhood of the displacement selected in the first stage. The second stage differs from the first stage in three ways. First, it performs a search that is directed to a particular neighborhood. Second, it evaluates prediction error values for 8×8 blocks and a 4×2 array of 8×8 blocks (which in effect is a 32×16 block). And third, it interpolates the end result to $\frac{1}{2}$ pixel accuracy.

FIG. 4 presents a general block diagram of the second stage of generator 13. As in FIG. 3, the input signal is applied to frame memory 66. The input and the output of memory 66 are applied to motion estimator 67, and the output of motion estimator 67 is applied to best match calculator 68. Estimator 67 is also responsive to the coarse motion vector estimation developed in the first stage of generator 13, whereby the estimator is caused to estimate motion in the neighborhood of the motion vector selected in the first stage of generator 13.

Calculator 68 develops output sets with 10 signals in each set. It develops eight 8×8 block motion vectors, one 32×16 motion vector that encompass the image area covered by the eight 8×8 blocks, and a measure of the improvement in motion specification (i.e., a lower

**10**

prediction error) that one would get by employing the eight 8×8 motion vectors in place of the associated 32×16 motion vector. The measure of improvement can be developed in any number of ways, but one simple way is to maintain the prediction errors of the 8×8 blocks, develop a sum of those prediction errors, and subtract the developed sum from the prediction error of the 32×16 motion vector.

The motion vector outputs of calculator 68 are applied in FIG. 4 to half pixel estimator 69. Half pixel motion is deduced from the changes in the prediction errors around the region of minimum error. The simple approach used in estimator 69 is to derive the half pixel motion independently in the x and y directions by fitting a parabola to the three points around the minimum, solving the parabola equation, and finding the position of the parabola's minimum. Since all that is desired is $\frac{1}{2}$ pixel accuracy, this process simplifies to performing the following comparisons:

$$\text{if } (p_{x-1} - p_x) < \frac{(p_{x+1} - p_x)}{3} \text{ then } x' = x - \frac{1}{2} \quad (2)$$

and

$$\text{if } (p_{x+1} - p_x) < \frac{(p_{x-1} - p_x)}{3} \text{ then } x' = x + \frac{1}{2} \quad (3)$$

where $p_x$ is the prediction error at x, and x' is the deduced half pixel motion vector.

The searches in both stages of motion vector generator 13 can extend over the edges of the image to allow for the improved prediction of an object entering the frame. The values of the pixels outside the image should be set to equal the value of the closest known pixel.

The above describes the structure of motion vector generator 13. All of the computational processes can be carried out with conventional processors. The processes that can most benefit from special purpose processors are the motion estimation processes of elements 64 and 67; simply because of the number of operations called for. These processes, however, can be realized with special purpose chips from LSI Logic Corporation, which offers a video motion estimation processor (L64720). A number of these can be combined to develop a motion estimation for any sized block over and sized area. This combining of L64720 chips is taught in an LSI Logic Corporation Application Note titled "LG720 (MEP) Video Motion Estimation Processor".

MOTION VECTOR SELECTOR/ENCODER 14

The reason for creating the 32×16 blocks is rooted in the expectation that the full set of motion vectors for the 8×8 blocks cannot be encoded in the bit budget allocated for the motion vectors. On the other hand, sending only 32×16 block motion vectors requires 28,672 bits—which results from multiplying the 14 bits per motion vector (7 bits for the horizontal displacement and 7 bits for the vertical displacement) by 32 blocks in the horizontal direction and 64 blocks in the vertical direction. In other words, it is expected that the final set of motion vectors would be a mix of 8×8 block motion vectors and 32×16 block motion vectors. It follows, therefore, that a selection must be made of the final mix of motion vectors that are eventually sent by the HDTV transmitter, and that selection must fit within a preassigned bit budget. Since the number of bits that define a motion vector depends on the efficacy of com-

Exhibit C
Page 000048

5,136,377

11

pression encoding that may be applied to the motion vectors, it follows that the selection of motion vectors and the compression of the selected motion vectors are closely intertwined.

The basic philosphy in the encoding process carried out in selector/encoder 14 is to fill the bit budget with as much detailed information as is possible. That is, the aim is to use as many of the 8×8 motion vectors as is possible. Our approach is to start with the set of 32×16 block motion vectors, compress this sequence of motion vectors, develop a measure of the number of bits left over from the preassigned bit budget, and then enter an iterative process that allocates the leftover bits. To simplify the process, the 32×16 motion vectors are grouped into sets, and each set is coded as a unit. The sets, or slices, that we employ are 2 by 3 arrays, (six 32×16 motion vectors in all) as depicted in FIG. 6.

The encoding process starts with encoder 14 (FIG. 1) developing the codes for the first six 32×16 motion vectors described above and compressing those codes with a variable length code, such as a Huffman coder. The first code in the group specifies a first 32×16 motion vector in the slice in an absolute sense. Thereafter, the remaining 5 motion vectors are specified by the difference between the vectors and the first vector. Following the 32×16 motion vectors of the slice, a bit is included to indicate whether any of the 32×16 blocks in the slice are also specified by the more refined information of the 8×8 motion vectors. If so, a code is provided that specifies which of the blocks are so more refinely specified, and thereafter, up to 6 times 8, or 48, codes specify the included 8×8 motion vectors.

Thus, the encoded format of the slice (with reference to FIG. 5) forms a packet as follows:

| field | # bits | description |
|---|---|---|
| 1 | 1-16 | motion vector C |
| 2 | 1-16 | motion vector A-C |
| 3 | 1-16 | motion vector B-C |
| 4 | 1-16 | motion vector D-C |
| 5 | 1-16 | motion vector E-C |
| 6 | 1-16 | motion vector F-C |
| 7 | 1 | subdivisions in slice |
| 8 | 6 | identify subdivisions |
| 9+ | 1-14 | 8 × 8 motion vectors |

FIG. 6 presents a block diagram of selector/encoder 14. With each 32×16 motion vector that it receives from half pixel estimator 69, it also receives the associated 8×8 motion vectors and the improvement information. The incoming 32×16 motion vectors are sent to Huffman coder 70, the 8×8 motion vectors are sent to memory 71, and the improvement information is sent to sorter 72. Sorter 72 has an associated memory 73 for storing the relevant information about the improvement signals in sorted order, by the magnitude of the improvement; with the relevant information being the identity of the 32×16 block that is associated with the improvement value.

Huffman coder 70 develops a code for the first six fields of the slice packet and stores that information in memory 74. Concurrently, it accumulates in accumulator 75 the bits generated in the coding process. The number of bits developed in accumulator 75 is compared to the preassigned bit budget (which is a fixed number) in threshold detector 76. As long as that budget is not exceeded, threshold 76 sends a signal to memory 73 requesting it to access the identifier at the top of the sorted queue (and delete it from the queue). The

12

identifier provided by memory 73 is applied to memory 71, where it causes memory 71 to output the eight 8×8 motion vectors associated with the 32×16 block. The motion vectors delivered by memory 71 are applied to Huffman coder 70 which compresses that information, adds the compressed information to memory 74 (under control of the memory 73 output signal), and accumulates the compressed bits in accumulator 75. This completes one iteration.

The operation of threshold circuit 76 and the entire iteration is repeated until the bit budget is exceeded. At that point, memory 74 contains the appropriate mix of coded motion vectors that are delivered to buffer 15 in FIG. 1. As depicted in FIG. 6, the uncoded motion vectors applied to Huffman circuit 70 are also applied to memory 77. Those vectors are applied to motion compensator circuit 16 and to buffer 17 in FIG. 1.

## MOTION COMPENSATOR CIRCUITS

To develop its output signals, motion compensator circuit 16 (in FIG. 1) merely needs to access data in buffer 19 under control of the motion vectors selected by motion vector selector/encoder 14. This is easily achieved by having buffer 19 be a random access memory with multiplexed control. Output signals destined to motion compensator 16 are under control of the motion vectors, while output signals destined to buffer 51 are under control of a sequential counter.

Motion compensator circuit 43 (in FIG. 2) is identical to motion compensator circuit 16.

## LEAK CIRCUIT

The leak circuit comprises leak processor 20 and multiplier 23. Multiplier 23 modifies the signals of motion compensator circuit 16 prior to their application to subtracter 28. Subtracter 26 excludes the mean signal from considerations, in an effort to reduce the dynamic range of the signals considered in DCT transform circuits, 29 and 30.

The processing within element 20 takes some time, of course, and therefore, FIG. 1 includes buffers 21 and 22. Buffer 22 delays the image signal applied to subtracter 28, and buffer 21 delays the motion vectors signals sent by motion compensator circuit 16.

Directing attention to leak processor 20, one way to look at the leak circuit is as a mechanism for reducing the DFD (displaced frame difference) developed at the output of subtracter 28. The entire effort of developing good motion vectors, therefore, is to reduce the DFD out of subtracter 28. To the extent that the leak circuit can reduce the DFD further, its employment is beneficial.

One way to reduce the DFD is to minimize the DFD as a function of the leak variable $\alpha$. That is, the need is to determine $\alpha$ such that

$$\frac{\partial E\{(I - \alpha DF)^2\}}{\partial \alpha} = 0. \qquad (4)$$

where I is the image frame signal of buffer 18, DF is the displaced frame signal of motion compensator circuit 16, $\alpha$ is the multiplicative leak value, and E{X} is the expected value of X. The solution to the above equation is

Exhibit C
Page 000049

5,136,377

13                                              14

$$\alpha = \frac{E(I \cdot DF)}{E(DF^2)} \qquad (5)$$

Thus, one embodiment for processor 20 merely computes $\alpha$, in accordance with equation (5) in response to signals I(t-2) and DF(t-2). The computations performed in processor 20, in such a case, are simple multiplications and averaging (sum and divide), so they are not described any further herein. Suffice it to state that processor 20 may be a conventional arithmetic processor (e.g., a DSP integrated circuit).

Although the calculations performed in processor 20 are straight forward, they are still rather numerous (though not anywhere near as numerous as the calculations needed for selecting the motion vectors). A somewhat simpler calculation task can be assigned to processor 20 by observing the following.

Considering the limits to which the leak factor should be subjected, it is clear, for example, that the leak factor cannot be allowed to reach and stay at 1.0. Some leak of the actual image must always be present. Otherwise, a receiver cannot construct the image signal because it lacks all historical information; i.e., it never has the correct "previous frame" information to which the motion vectors can be successfully applied. Also, a noise accepted by the receiver would never disappear. Thus, a maximum level must be set on the long term value of the leak factor; such as 15/16.

It is also clear that when there is a scene change, a leak factor of value 0 is best, because it completely discards the old scene and begins to build a new one. It may be noted that scene changes are relatively frequent in commercial TV programs. Setting $\alpha$ to 0 also helps in capturing the necessary historical information for freshly tuned-in receivers and for receivers who have corrupted historical information because of noise. Of course, the value of $\alpha$ should not be maintained at 0 for too long because that creates a heavy transmission burden.

In view of the above, in its simpler form, the process carried out by processor 20 need only determine the occurrence of a scene change and set $\alpha$ to 0 at every such occurrence. Thereafter, $\alpha$ may be incremented at a preselected rate with every frame so that after m frames, the value of $\alpha$ is allowed to reach $\alpha_{max}$ (e.g., 15/16). Of course, if there is another scene change within the m frames, $\alpha$ is again reset to 0 and the incrementing is restarted.

This simple approach for developing $\alpha$ can be implemented simply with a scene-change determining circuit, and an accumulator. The scene-change determining circuit may simply be a circuit that adds the magnitudes of the displaced frame difference signals; i.e., $\Sigma |I_{t-2} - DF_{t-2}|$. That provides a measure that, when compared to a threshold, determines whether a scene change has occurred. This is depicted in FIG. 7 where element 34 develops the sum signal $\Sigma |I_{t-2} - DF_{t-2}|$ and applies this signal to threshold circuit 58. The output of circuit 58 is applied to a disable lead of adder 59, which adds the value in threshold register 60 to the value in register 57. The output of register 57 is the leak factor, $\alpha$.

A still another approach is to employ a fixed leak at the input to multiplier 23, and to develop a two level leak factor thereafter. By placing a processor 53 at the output of DCT transform 29 (in addition to the processor 53 at the output of DCT transform 30) two $\sigma(t-4)$ signals are developed.

The leak factor that is sent to the encoding loop of FIG. 2 is selected based upon the two $\sigma(t-4)$ signals developed. When there is a scene change, the two $\sigma$ signals will not differ much because the frame will have a poor prediction, resulting in a high value of the DFD standard deviation. In fact, the deviation of the DFD might even be higher than the standard deviation of the original frame. In such a case (i.e., when the two $\sigma$ signals differ by more than a chosen threshold), it is clear that a leak of 1 (no prediction) is to be selected and, accordingly, the leak factor $\alpha=0$ is sent to FIG. 2. When the two $\alpha$ signals do differ by more than the chosen threshold, then a fixed leak factor, such as $\alpha=15/16$ is sent to FIG. 2.

The block diagram of the forward estimation section of the encoder (i.e. FIG. 1), can be simplified somewhat by adopting this leak approach. This is shown in FIG. 16, where processor 20 is dropped, as well as a number of buffers. On the other hand, another processor 53 had to be added, a subtracter, a threshold device, and a selector that selected one of two sets of scale factors and standard deviation measures and either a leak factor of 0 or 15/16.

## DCT TRANSFORM CIRCUITS

Transform circuits 29 and 30 (FIG. 1) and 37 and 40 (FIG. 2) develop two dimensional transform. Circuits 29, 30 and 37 convert time domain information into frequency domain information, and circuit 40 performs the inverse. The hardware for creating two dimensional transforms can follow the teachings of U.S. Pat. No. 4,829,465 issued May 9, 1989, titled "High Speed Cosine Transform".

## PROCESSOR 53

Processor 53 computes scale factor signals $S_{ij}$ and standard deviation signal $\sigma$ for the frame. With an $8\times8$ DCT transform, there are 64 scale factor signals. The scale factor signals are developed by evaluating

$$S_{ij} = \sqrt{\frac{1}{K_1} \sum_{\text{all blocks}} S_{ij}^2} \qquad (6)$$

where $s_{ij}$ is the frequency ij coefficients produced by DCT element 30 and $K_1$ is the number of $8\times8$ blocks in the frame. The standard deviation, $\sigma$, is a single value for the frame and it corresponds to

$$\sigma = \sqrt{\frac{1}{K_2} \sum_{\text{all pixels}} S_{ij}^2} \qquad (7)$$

where $K_2$ is the number of pixels in the frame. Of course, these calculations can be performed quite easily with a conventional processor, since they only require squaring, adding and taking the square root. Still, since the answer cannot be ascertained before the entire frame has been processed, the outputs of processor 53 are marked $S_{ij}(t-4)$ and $\sigma(t-4)$.

## QUANTIZER-AND-VECTOR-SELECTOR (QVS) 38

DCT transform circuit 37 develops sets of $8\times8$ frequency domain coefficients. In order to simplify coding in QVS 38 which follows circuit 37, it is best to group

Exhibit C
Page 000050

5,136,377

15

these sets; and one possible such grouping is a $2 \times 2$ array. This is illustrated in FIG. 8 where a $2 \times 2$ array of $8 \times 8$ sets of coefficients (left side of the FIG.) are combined to form a 64 cell superblock vector (right side of the FIG.), where each cell contains 4 members. A first level of simplification is introduced by placing a restriction that the coefficients in each cell can be quantized only with one quantizer. A degree of sophistication is introduced by allowing a different quantizer to be used for quantizing different cells. The number of different quantizers is limited to a preselected number, such as 4, to reduce the hardware and to simplify the encoding. This (side) information, which is the information that identifies the choices, or selections, must is sent to the receiver. The number of possible selections (patterns, or vectors) is $64^4$. Defining this range of selections in binary form would require 128 bits of information, and that is still more bits than is desirable to use.

Consequently, a second level of simplification is introduced by arbitrarily electing to only employ a limited number of patterns with which to represent the superblock vector. That number may be, for example, 2048, which would require only 11 bits to encode. Variable length encoding might further reduce the amount. The 2048 selected patterns are stored in a vector codebook.

Viewing the task of choosing a codebook vector (i.e., quantization pattern) in somewhat more mathematical terms, for each transform coefficient that is quantized, a quantization error may be defined by

$$q = |x - Q(x)| \qquad (7)$$

where $Q(x)$ is the quantized value of the cell member x (the value obtained by first encoding x and then decoding x). For equal visibility of the errors throughout the image, it is desirable for this quantization error to be equal to some target distortion level, d, which is obtained from perceptual coder 49. It is expected, of course, that using the codebook vectors would not yield this target distortion level in all instances. Hence, we define a selection distortion error by

$$e = |q - d| \qquad (8)$$

The total selection error for a cell is the sum of the individual selection errors of equation 9 over the $2 \times 2$ array of the cell members; and the overall selection errors for the superblock vector is the sum of the total selection errors of the 64 individual cells.

The process for selecting the appropriate codebook vector considers each of the codebook vectors and selects the codebook vector that offers the lowest overall selection error. In cases where two different codebook vectors offer the same or almost the same overall selection error, the vector that is selected is the one that results in fewer bits when the superblock is quantized.

Before proceeding to describe in detail the block diagram of QVS 38, it is convenient to first describe the element within QVS 38 that evaluates the selection error. That element is depicted in FIG. 9.

FIG. 9 includes 3 parallel paths corresponding to each of the 3 nontrivial quantizers selected for the system ("drop the cell" is the fourth "quantizer", but it represents a trivial quantization schema). The paths are identical.

The scale factors derived in the forward estimation section of FIG. 1 are used to effectively match a set of standard quantizers to the data. This is done by first

16

dividing the input signal in divider 90 by the scale factors. The scaled signals are then applied in each path to (quantizer) 81 and to subtracter 83. The quantized output data of encoder 81 is decoded in quantization decoder 82 and multiplied by the scale factors in multiplier 78. The result is the signal plus quantization noise. The quantization noise is isolated by subtracting the output of multiplier 78 from the original signal applied to divider 90. The subtraction is accomplished in subtracter 83. Of course, each of the encoder and decoder pairs in FIG. 9 employs a different quantizer.

The output of each subtracter 83 is the quantization error signal, $|q|$ for the employed level of quantization. The global target distortion level, d, is subtracted from $|q|$ in subtracter 84, and the results are added in accumulator 85. In accordance with equations 8 and 9, subtracter 83 and 84 are sign-magnitude subtracters that yield the magnitude of the difference. The output of each accumulator 85 provides the selection error for the cell received at the input of quantizer 81, based on the level of quantization of the associated quantizer 81.

The quantized signal of quantizer 81, which forms another output of the path, is also applied to rate calculator 86 which develops a measure of the number of bits that would be required to describe the signal of the incoming cell, if quantizer 81 were selected as the best quantizer to use. To summarize, each element 80 of FIG. 9 receives cell information and delivers a quantized signal, selection error signal and rate information for each of the possible quantization levels of the system.

The fourth path—which is not shown in FIG. 9—is the one that uses a "0 quantizer". It offers no quantized signal at all, a rate for this quantized signal that is 0, and an error signal that is equal to its input signal. The target distortion is subtracted from this and the absolute value accumulated as with the other quantizers.

FIG. 10 presents an embodiment of QVS 38. The input from DCT transfer element 37 (FIG. 2) is first applied to buffer 178 to create the superblock vectors (arrangement of cells as depicted at the right side of FIG. 8). The 64 cells of the superblock vector are each applied to a different one of the 64 blocks 80. As described in connection with FIG. 9, each block 80 develops a number of output triplets, with each triplet providing a quantized signal, a measure of the selection error of the cell in response to a given level of quantization, and the resulting number of bits for encoding the cell with that given level of quantization. The outputs of the 64 blocks 80 are each applied to 64 selector blocks 79.

The 64 selector blocks 79 are responsive to blocks 80 and also to codebook vector block 87. Block 87 contains the set of codebook vectors, which are the quantization selection patterns described above. In operation, block 87 cycles through its codebook vectors and delivers each of them, in parallel, to the 64 selector blocks. More particularly, each of the 64 elements of a vector codebook is fed to a different one of the 64 blocks 79. Under control of the applied codebook vector signals, each selection block 79 selects the appropriate one of the output triplets developed by its associated block 80 and applies the selected triplet to combiner circuit 88. The output of combiner circuit 88 is a sequence of quantized superblock signals, and the associated overall error and rate signals for the different codebook vectors that are

Exhibit C
Page 000051

5,136,377

17

sequentially delivered by codebook block 87. These overall triplet signals are applied to threshold circuit 89.

Threshold circuit 89 is also responsive to codebook block 87. It maintains information pertaining to the identity of codebook vector that produced the lowest overall selection error level, the number of bits that this codebook vector requires to quantize the superblock vector and, of course, the quantized superblock vector itself. As indicated previously, in cases where two codebook vectors yield very similar overall selection error levels, the vector that is selected is the one that requires a fewer number of bits to quantize the superblock vector.

The process of threshold circuit 89 can be easily carried out within two hardware sections. In the first section, a comparison is made between the current lowest overall selection error and the overall selection error that is applied to threshold circuit 89. The overall selection error that is higher is arbitrarily caused to assume some maximum rate. The setting to a maximum rate is disabled when the applied overall selection error is equal or almost equal to the current lowest overall selection error. In the second section, a comparison is made between rates, and the overall selection error with the lower rate is selected as the new current lowest overall selection error. After all of the codebook vectors are considered, threshold circuit 89 outputs the identity of one (optimum) codebook vector and its values for the superblock vector delivered by buffer 178. The process then repeats for the next superblock.

From threshold circuit 89 the codebook vector identification and the quantized values of the superblock vector cells are applied to degradation decision circuit 115. As mentioned earlier, in a digital HDTV system that aims to communicate via terrestrial transmission, it is important to provide for graceful degradation; particularly since existing analog TV transmission in effect offers such graceful degradation.

Graceful degradation is achieved by sorting the information developed and designating different information for different treatment. The number of different treatments that one may wish to have is a designer's choice. In the system as depicted in FIG. 2, that number is two (encoders 46 and 47). The criterion for differentiating may be related to spatial resolution, to temporal resolution, or, for example, to dynamic range.

With a strictly temporal resolution approach, for example, the task of block 115 may be quite simple. The idea may be to simply allow every odd frame to have all, or a large portion, of its information designated for superior treatment, and every even frame to have most, if not all, of its information designated for poorer treatment. In accordance with such an approach, degradation decision circuit 115 need only know whether the frame is even or odd and need be able to assign proportions. During odd frames most of the signals are routed to variable length encoder 47 for superior treatment, and during even frames most of the signals are routed to variable length encoder 46 for poorer treatment.

For a spatial resolution approach to different treatment, what is desired is to give preferential treatment to the low frequency components in the image over the high frequency components in the image. This can be easily accomplished in the system depicted in FIG. 2 in one of two ways. Experimentally it has been determined that the codebook vectors of block 87 form a collection of vectors that can be ordered by the number of higher frequency components that are included in the vector.

18

Based on that, degradation decision circuit 115 need only know which codebook vector is being sent (that information is available from threshold circuit 89) and direct its input information to either encoder 47 or 46, accordingly. Alternatively, the low frequency cells of all the vectors may be designated for preferential treatment and sent to encoder 47.

It may be noted in passing that the above discussion regarding what information is sent to encoder 47 and what information is sent to encoder 46 relates to the quantized signals of the superblock vectors, and not to the identity of the codebook vectors themselves. At least where the low frequency coefficients of all of superblock the vectors are sent to encoder 47, the identity of the codebook vectors must all be sent to encoder 47.

## VARIABLE LENGTH ENCODERS 46 AND 47

Variable length encoders 46 and 47 may be conventional encoders, such as Huffman encoders. The reason two are used is because the information directed to encoder 47 needs to be encoded in a manner that will guarantee a better chance of an error-free reception of the encoded signal. Therefore, the encoding within encoder 47 may be different from the encoding within encoder 46.

Of course, the encoding per se may not be deemed enough to enhance the chances of error-free reception of the signals encoded in encoder 47. Additional encoding, therefore, may be carried out in BFF block 56, or even beyond block 56.

## INVERSE QUANTIZER 39

Inverse quantizer 39 is responsive to the scale factors $S_{ji}$, but with respect to the quantized superblock signals, it is responsive only to that output of QVS 38 which is applied to variable length encoder 47. In other words, inverse quantizer 39 operates as if it has a very poor reception, with none of the signals from encoder 46 having reached it. A block diagram of block 39 is depicted in FIG. 11. As shown in FIG. 11, inverse quantizer 39 includes a vector codebook 102 that is identical to codebook 87 and a quantization decoder 103. With the direct aid of codebook 102, decoder 103 reverses the quantization effect of QVS 38. It is understood, of course, that the quantization noise introduced by the quantization encoder of QVS 38 cannot be reversed, but at least the general level of the initial signal is recovered. For example, say that the quantization steps within QVS 38 converted all levels from 0 to 8 to "0", all level between 8 and 16 to "1", all levels from 16 to 24 to "2", and all level from 24 to 32 to "3". For such an arrangement, inverse quantizer 39 may convert a "0" to 4, a "1" to 12, a "2" to 20 and a "3" to 28. An input of 22 would be quantized to "3" by QVS 38, and the quantized "3" would be inverse quantized in circuit 39 to 20. The quantization error level in this case would be 2.

Following the inverse quantization step within block 39, a correction step must be undertaken. Remembering that the input signals were scaled within QVS 38 prior to quantization, the opposite operation must be performed in block 39 and, accordingly, the output of decoder 103 is applied to multiplier 104 which is responsive to the scale factors $S_{ji}$. The output of multiplier 104 forms the output of inverse quantizer 39.

Exhibit C
Page 000052

5,136,377

19

## PERCEPTUAL CODER 49

Before proceeding to describe the details of perceptual coder 49, it should be pointed out that the choice of what functions are included in the forward estimation block of FIG. 1 or in BFF block 56 and what functions are included in the perceptual coder is somewhat arbitrary. As will be evident from the forward estimation below, some of the functions could easily be included in the forward estimation block or in BFF block 56.

The primary job of perceptual coder 49 is to assist QVS 38 to take an input image frame and represent it as well as possible using the number of bits allocated per frame. The process which produces the transformed displaced frame difference at the output of element 37 (FIG. 2) is designed to produce a representation which has less transform domain statistical redundancy. At that point, all of the information required to reconstruct the original input image still exits. It has only been transformed into representation that requires fewer bits to represent than the original. If there were enough bits available, it would be possible to produce a "coded" image that is bit for bit equivalent to the original.

Except for the most trivial of inputs, there are not enough bits available to represent that signal with that degree of fidelity. Therefore, the problem that must be solved is to produce a coded image that is as close to the original as possible, using the available bits, subject to the constraint that the output will be viewed by a human observer. That constraint is what perceptual coder 49 introduces via the target distortion signal that it sends to QVS 38. In other words, two constraints are imposed: 1) the result must be an essentially constant bit rate at the output of BFF 56, and 2) the error must be minimized, as perceived by a person.

One way of performing the bit assignment to assume a linear system and minimize the mean square error between the original image and coded image. This is the approach taken in many image coders. The problem with this approach is that the human visual system is not a linear system and it does not utilize a mean-square-error metric. The purpose of perceptual coder 49, therefore, is to provide perceptual thresholds for performing bit allocation based on the properties of the human visual system. Together, they form the target distortion level of FIGS. 9 and 10.

Perceptual thresholds provide a means of performing bit allocation so that the distortion present in the coded image appears, to a human observer, to be uniformly distributed. That is, though the use of perceptual thresholds the coded artifacts that are present will all have about the same visibility; and, if the bit rate of the system is reduced, the perceived quality of the coded image will generally drop without the creation of any obvious (i.e., localized) coding errors.

FIG. 12 presents a block diagram of perceptual coder 49. It includes perceptual threshold generator 93 responsive to the $I_T(t-4)$ signal from the forward estimation block of FIG. 1, a rate processor 91 responsive to buffer fullness signal from the output buffer within BFF block 56, and a multiplier 92 for developing the target distortion signals in response to output signals of generator 93 and processor 91.

The output of the perceptual threshold generator 93 is a set of thresholds, one for each frequency domain element received by element 38 (FIG. 2), which give an estimate of the relative visibility of coding distortion at that spatial location and for that frequency band. As

20

described in more detail below, these thresholds depend on the scene content of the original image and hence, the bit allocations adapt to variations in the input.

One image characteristic accounted for in generator 93 is frequency sensitivity. (In the context of this disclosure, we deal with transform domain coefficients, which are related to rapidity of changes in the image, and not with what is normally thought of as "frequency". In the next few paragraphs, however, it is believed helpful to describe what happens in terms of "frequency".) Frequency sensitivity exploits the fact that the visual systems modulation transfer function (MTF) is not flat. Relative visibility as a function of frequency starts at a reasonably good level, increases with frequency up to a peak as some frequency, and thereafter drops with frequency to below the relative visibility at low frequencies.

The MTF function means that more quantization error can be inserted at high frequencies than at low frequencies. Therefore, the perceptual thresholds for the high frequency subbands will be higher than those for the lower frequency subbands. The absolute frequency at which the peak visibility occurs depends on the size of the screen and the viewing distance. Approximately, however, the peak visibility occurs near the upper end of the second lowest frequency elements applied to QVS 38. Also, since the HVS is sensitive to low frequency flicker, the DC threshold is set to a value substantially less than that strictly required by the MTF.

Extending perceptual thresholds to textured input requires a definition of texture. "Texture" may be viewed as the amount of AC energy at a given location, weighted by the visibility of that energy. Actually, however, the HVS is very sensitive to distortion along edges, but much less sensitive to distortion across edges. This is accounted for by introducing the concept of directionality. Instead of computing a single texture estimate over all frequencies, separate estimates are made for horizontal, vertical, and diagonal components (RawHoriz, RawDiag and RawVert components) from which horizontal texture (HorizTex), diagonal texture (DiagTex) and vertical texture (VertTex) signals are developed in accordance with equations 10, 11 and 12.

$$\text{HorizTex} = \text{RawHoriz} + 0.50 \times \text{RawDiag} \qquad (10)$$

$$\text{DiagTex} = 0.25 \times \text{RawHoriz} + \text{RawDiag} + 0.25 \times \text{RawVert} \qquad (11)$$

$$\text{VerTex} = 0.5 \times \text{RawDiag} + \text{RawVert} \qquad (12)$$

where

$$\text{RawHoriz} = \sum_{\substack{\text{over} \\ 8\times8\,\text{window}}} MFT(0,j) \cdot T_T^2(0,j), \qquad (13)$$

which is a summation only over the top row of the 8×8 window;

$$\text{RawVert} = \sum_{\substack{\text{over} \\ 8\times8\,\text{window}}} MFT(i,0) \cdot T_T^2(i,0), \qquad (14)$$

which is a summation only over the left column of the 8×8 window; and

Exhibit C
Page 000053

5,136,377

21

$$\text{Raw Diag} = \sum_{\substack{over \\ 8 \times 8 \text{ window}}} MFT(i,j) \cdot \tilde{I}_T^2(i,j).$$

where $i \neq 0$ and $j \neq 0$

which is a summation over the remaining frequency elements in the window. Actually, the summations may be restricted to the lowest frequency quadrant, since these coefficients contain over 90 percent of the energy in typical $8 \times 8$ windows.

The final component in generator 93 accounts for temporal masking. When, at a fixed location in the scene, there is a large change in image content between two frames, the HVS is less sensitive to high frequency details at that location in the current frame. By detecting the occurrence of large temporal differences, the perceptual thresholds at these locations can be increased for the current frame. This allows the bits that would have been allocated to the high frequency detail at these locations to be utilized for other portions of the image.

In FIG. 13, the transformed image information (with the mean removed), $\tilde{I}_T(t-4)$ is applied to adder 101, to buffer 94, to subtractor 95, to current texture processor 96, and to base threshold look-up table 111. Adder 101 combines the (0,0) coefficients of $\tilde{I}_T(T-4)$ with its mean signal, $M(t-4)$ to produce a local brightness estimate and sends the results to brightness correction truncation circuit 97. Thus, circuit 97 converts the (0,0) transform coefficients to local brightness correction control signals that are applied to brightness correction look-up table 110.

The other 63 subbands are split into two data streams. One goes to frame buffer 94 and to subtractor 95, where a temporal frame difference is developed. This difference is used to compute the temporal masking correction by applying the temporal frame difference to texture processor 98. The other path is applied to texture processor 96 directly. Texture processors 96 and 98 each implement equations 10 to 15.

As depicted in FIG. 14, a texture processor comprises a look-up table (LUT) 114 which receives the image signals $\tilde{I}_T(x,y)$ of frame t-4 and develops the factors $MTF(x,y) \cdot \tilde{I}_T^2(i,j)$ of the frame for equations 13, 14, and 15. Selector 105 routes each factor to either Raw Horiz accumulator 106, Raw Vert accumulator 107 or Raw Diag accumulator 108. The developed raw texture estimates are appropriately added in combiner 109 according to equations 10, 11 and 12 to result in the projected directional texture estimates.

Continuing with FIG. 13, the two sets of projected directional texture estimates developed in processors 96 and 98 are passed though combiner 99 which develops a Combined Texture signal in accordance with the following equation:

$$\text{Combined Texture} = T_0 \cdot (\text{Outputs of } 96) + T_1 (\text{Outputs of } 98). \quad (16)$$

where $T_0$ and $T_1$ are fixed weighting constants; typically, 0.5. The combined texture estimates are applied to a Mapping LUT 100, which develops texture correction factors in accordance with:

$$\text{Texture Correction} = 1 + K_1 \log(1 + K_2 \text{Combined Texture}) \quad (17)$$

22

where K1 is a constant, typically between 0.5 and 2, and K2 is a constant typically between 1/1000 and 1/10000. This LUT converts the directional power domain texture estimates to amplitude domain threshold corrections.

The output of LUT 100 is applied to brightness correction look-up table 110, which is also responsive to brightness correction signal of block 97. This table multiplies the amplitude domain texture threshold corrections by the appropriate brightness correction factor. The output of look-up table 110 is finally applied to base threshold look-up table 111, which modulates the image signal with the output of table 110 and thereby develops a perceptual threshold for each frequency element of each block of the frame signal $\tilde{I}_T(t-4)$. The base threshold LUT takes the appropriate directional texture/brightness correction factor and applies a frequency dependent base threshold. That is, it develops signals $PT_{ij}(t-4)$, which are the 64 signals for each frame, one for each of the frequency coefficients supplied by DCT circuit 37 to QVS 38.

As stated above, one of the goals of perceptual coder 49 is to insure that the rate of bits delivered by QVS 38 (through BFF 56) to subsequent circuitry is essentially constant. This is accomplished by making sure that the fullness of the buffer within BFF 56 is controlled properly.

The buffer control within the encoder of FIG. 2 is based upon modifying a frame-wide target distortion within QVS 38. If the buffer fills up to a point higher than some reference level, a larger target distortion is set to allow the buffer to lower its occupancy level. On the other hand, if the buffer fullness is lower than the reference level, then a lower target distortion is set.

Given a certain buffer fullness $B_f$ the desired buffer fullness for the next frame can be formulated as

$$B_{p+1} = B_{ref} + (B_p - B_{ref}) \times k_0. \quad (13)$$

where $B_{ref}$ is the desired level of buffer fullness, $B_p$ is the buffer fullness at frame p, and $k_0$ is a buffer control parameter which is constant,

$$0 < k_0 < 1. \quad (14)$$

But,

$$B_{p+1} = B_p + R_{p+1} - R_{CH}. \quad (15)$$

where $R_{p+1}$ is the number of bits coming into the buffer at frame p+1, and $R_{CH}$ is the number of bits (channel capacity) that leave the buffer with each frame.

We have determined experimentally that one good target rate for a chosen distortion level D, $R_T(D)$, can be calculated (using the t-4 frame reference in FIG. 2) and where T stands for "target", in accordance with equation 16.

$$R_T(D_T) = a + b \log\left(\frac{D_T}{\sigma_{t-4}}\right) \quad (16)$$

where the standard deviation $\sigma$ is computed in processor 53 (FIG. 1) and parameters a and b are computed from the two previous frames by

Exhibit C
Page 000054

5,136,377

23

$$b = \min\left(b_{max}, \frac{R_{t-5} - R_{t-6}}{\log\left(\frac{D_{t-5}}{\sigma_{t-5}}\right) - \log\left(\frac{D_{t-6}}{\sigma_{t-6}}\right)}\right) \qquad (17)$$

and

$$a = R_{t-5} - b \cdot \log\left(\frac{D_{t-5}}{\sigma_{t-5}}\right). \qquad (18)$$

The minimization operation in equation 17 is included merely to avoid instabilities for small values of the denominator. Using equations 16, 17 and 18, the target distortion is

$$D_T = \sigma_{t-6} e^{\frac{(RT-a)}{b}} \qquad (19)$$

Replacing the rate, $R_T$ in equation 19 with the buffer fullness measures (with the aid of equation 15), yields

$$D_T = \sigma_{t-6}\left(\frac{D_{t-5}}{\sigma_{t-5}}\right) e^{\frac{\{(B_{t-5} - B_{ref}) \cdot k_0 + (B_{t-5} - B_{t-6})\}}{-b}}. \qquad (20)$$

The computation of equation 20 is performed in processor 91. It requires the constant $k_0$, the constant $B_{ref}$, the current frame's $\sigma$ value ($\sigma_{t-4}$), the previous frame's D value, $\sigma$ value and B value (D(t-5), $\sigma$(t-5), and B(t-5)), and the B value before that (i.e., B(t-6)). The sigma values come from processor 53 (FIG. 1) and the B values come from BFF block 56. Of course, the various delayed images of B and $\sigma$ are obtained with appropriate registers within processor 91. The exponentiation and other computations that are called for by equation 20 can be either computed or derived from a look-up table.

The D value developed by processor 91 is applied to multiplier 92 to alter the perceptual thresholds developed in block 93. The altered perceptual threshold signals are applied, as described above, to selectors 79 in FIG. 10.

## BUFFER FULLNESS AND FORMATTER 56

As indicated above, buffer fullness circuit 56 needs to supply perceptual coder 49 with the information on buffer fullness. Of course, that implies that block 56 includes a buffer which is filled. That indeed is the case. BFF block 56 accumulates the various segments of data that must be transmitted and forwards that data to modulation circuitry, power amplification circuitry, and the transmitting antenna.

To recap block 56 accepts the following signals:

1. The coded motion vectors CODED MV(t-4). These are a collection of Hoffman coded packets, where each packet describes the motion vectors of a slice, as described in detail in connection with FIGS. 5 and 6.
2. Leak factor signals L(t-4).
3. Scaling factors $S_{ij}$.
4. Coded information from encoder 47, which is the identity of the codebook vectors selected from codebook 87, and the quantized superblock vectors.

24

5. Coded information from encoder 46 (much like information from encoder 47).

As indicated above, the encoded information of encoder 47 is considered more important than the encoded information of encoder 46 and accordingly, only after the encoded information of encoder 47 is accepted and there is room left in the buffer of block 56, will the information of encoder 46 be considered for inclusion. However, even with respect to the information of encoder 47, the buffer of block 56 is filled with the more important information first. Buffer underflow in BFF 56 is handled by delivering dummy data to the following circuitry, in order to maintain a constant bit rate into the channel. This highly unlikely event is easily handled by simply retransmitting the data at the buffer's 0 address.

Buffer overflow is handled by simply not transmitting data that doesn't fit into the buffer, in which case it is advisable to drop the least significant data first. By "drop" we mean not transmit some of the data that is in the buffer and empty the buffer for the next frame's data, and not load the buffer with new data that is of low importance. Of course, the buffer fullness measurement in combination with the perceptual thresholds are combined in perceptual block 49 to form a global target distortion level that will allow the output buffer of block 56 to be populated with all of the data that is generated; including the information of encoder 46. The primary consequence of the encoding within encoder 46 is to allow more sophisticated encoding in the data of encoder 47 which, in turn, enhances the receivability of those signals.

The information received from sources other than encoder 46 need to be transmitted in a manner that is likely to be received correctly. That means that the formatter section of block 56 must encode the information in a manner that will ensure that. This can be accomplished with conventional coder means that incorporates error correcting codes. The signals derived from other than encoder 46 are encoded with powerful error correcting codes, while the signals received from encoder 46 are encoded with less powerful error correcting codes (or perhaps no error correcting codes.

In a copending application, Ser. No. 07/611,225 a system is disclosed for encoding signals using the concepts of code constellations. Code constellations can be formed with some codes in the constellations having a large Hamming distance from all other codes, while other codes in the constellations have a smaller Hamming distance from other codes. The principles of such coding can be advantageously incorporated within the formatter section of block 56, or in circuitry beyond block 56 to achieve the goals of graceful degradation.

## HDTV RECEIVER'S DECODER

FIG. 15 present's a block diagram of an HDTV receiver that conforms to the HDTV transmitter encoder described above. It receives the signal, e.g., from an antenna, and decodes i in block 211 to yield the signals loaded into BFF block 56 within the transmitter. These signals are the codebook vector identifiers, the quantized superblock vector signals, the leak factors, the scaling factors, the frame means, and the motion vectors. The receptions of these signals, their separation from the combined received signal, the error code verifications, and the decoding of the variable length codes are all performed in block 211.

The processing in the decoder begins with the codebook vector identifiers applied to a codebook vector

Exhibit C
Page 000055

5,136,377

25                                                          26

201, and the quantized vector signals and the scale factors applied to quantization decoder 202. Blocks 201 and 202 correspond to blocks 102 and 103, respectively, of FIG. 11, and together they form an inverse quantization element akin to element 39 of FIG. 2. As in FIG. 2, the output of the inverse quantization element is applied to an inverse DCT transform circuit (in FIG. 15, this is circuit 203); and that output is combined in adder 204 with signals already stored in the decoder.

Since the quantized vector signals of a frame were created from image signals with the frame mean deleted, the output of adder 204 is missing the frame mean. This is remedied in adder 205, which adds the frame mean. The output signal of adder 205 form the frame output of the HDTV receiver's decoder. This output is applied to amplifier-and-display circuit 212 and to frame buffer circuit 206, where one frame's worth of information is stored. For each frame that is stored in buffer circuit 206, buffer circuit 206 outputs the previous frame. The previous frame signal is augmented in motion compensation block 207 which, in response to the applied motion signals, forms an estimate of the current frame. Motion compensation block 207 is identical to motion compensation block 43 in FIG. 2. The frame mean is subtracted from the output of motion compensation block 207 by subtracting therefrom the previous frame's mean in subtracter 209. The previous frame's mean is obtained from buffer 208, into which the current frame's mean is inserted. Finally, the output of subtracter 209 is applied to multiplier 210, which multiplies that signal by the leak factor signal. The output of multiplier 210 is the signal that is employed in adder 204 as described above.

We claim:

1. An encoder including a coder for developing encoder output signals from frame difference signals, prediction means responsive to said encoder output signals for predicting a next frame's signals, and means for developing said frame difference signals from applied next frame signals of an image frame and from output signals of said prediction means, the improvement comprising:

    said coder including controllable quantizer means that quantizes said difference signals in accordance with a quantization schema that varies with the dictates of a control signal; and

    said coder including means, responsive to said applied next frame signals, to develop said control signal, which control signal varies throughout said applied next frame with changes in at least one selected characteristic of said applied next frame signals.

2. The encoder of claim 1 wherein said control signal is further responsive to a selected bit rate target level for said encoder output signals.

3. The encoder of claim 2 wherein said control signal forms a selected quantization error target level for said encoder output signals.

4. The encoder of claim 1 wherein said selected characteristic is a measure of texture in said applied next frame signals.

5. The encoder of claim 4 wherein said measure of texture is a combination of texture measured horizontally, texture measured vertically, and texture measured over a selected area of said image frame.

6. The encoder of claim 4 wherein said measure of texture is a combination of a texture measure of said applied next frame signals and of previously applied next frame signals.

7. The encoder of claim 1 wherein said selected characteristic is a measure of brightness in said applied nex frame signals.

8. The encoder of claim 1 further comprising an output buffer for receiving said encoder output signals, and said coder comprising means for receiving signals from said output buffer that indicate the level of buffer fullness of said output buffer.

9. The encoder of claim 8 wherein selected characteristic is a measure of buffer fullness of said output buffer.

10. The encoder of claim 8 wherein selected characteristic is a combination of said buffer fullness of said output buffer, brightness of said applied next frame signals and texture of said applied next frame signals.

11. The encoder of claim 8 wherein said characteristic is related to the buffer fullness of said output buffer in the previous frame.

12. The encoder of claim 8 wherein said characteristic is related to the buffer fullness of said output buffer in the previous frame and in the frame previous to the previous frame.

13. The encoder of claim 1 wherein said coder is responsive to applied scale factor signals to control the effective range of said quantizer means.

14. The encoder of claim 1 further comprising:

    forward estimation means including means for processing said next frame signals to develop said control signal within a processing interval; and

    means for delaying said next frame signals by said processing interval.

15. The encoder of claim 14 wherein said forward estimation means further includes means for developing said measure of brightness within said processing interval.

16. The encoder of claim 14 wherein said forward estimation means further includes means for developing said measure of texture within said processing interval.

17. The encoder of claim 1 wherein said next frame signals comprise a sequence of signal sections, each of which is related to a transform of at least one block of said frame difference signals, and each of which including a collection of N transform element signals, and said control signal comprising N control signal cells, where N in a constant, and each control signal cell controls the quantization schema for a different one of said N transform element signals.

18. The encoder of claim 17 wherein said control signal having N control signal cells is a control signal vector that is selected from a look-up table that contains a collection of control signal vectors.

19. The encoder of claim 18 wherein the selection from said look-up table is based on an error level that is obtained by coding said frame difference signal under control of each vector and said selected characteristic, and by developing a quantization error signal that is subtracted from a quantization error target level.

20. The encoder of claim 19 wherein said selected characteristic is scale factors that are related to the power at various subbands in said next frame's signals.

21. The encoder of claim 19 wherein said quantization error target level is related to signal characteristics of said next frame's signals.

22. The encoder of claim 19 wherein said quantization error target level is further related to buffer fullness of a buffer that stores said encoder output signals.

23. The encoder of claim 19 wherein said selection is further based on the number of bits created by said coder quantizer means.

Exhibit C
Page 000056

5,136,377

**27**

24. The encoder of claim 18 wherein the selection from said look-up table is based on an error level that is obtained by scaling said frame difference signal, coding the scaled frame difference signal under control of each vector and said selected characteristic and by developing a quantization error signal that is subtracted in an absolute sense from a quantization error target level.

25. The encoder of claim 24 wherein said selected characteristic is related to texture of said next frame signal.

26. An encoder comprising:
prediction means responsive to output signals of said encoder, for developing frame prediction signals;
means for developing frame difference signals in response to said frame prediction means and applied frame signals;
coder means, responsive to said frame difference signals and to a control signal, for encoding frame difference signals under direction of said control signal, where said coder means codes different portions of said frame difference signals with different coding schemas, where different coding schemas yield different numbers of bits when coding any given signal, said coder means thereby generates a number of bits when encoding said applied frame signals; and
control means for developing said control signal in response to said encoder output signals, to control the number of bits generated by said coder means while encoding said applied frame signals.

**28**

27. The encoder of claim 26 wherein said control means develops a control signal that controls said coder means to develop a number of bits for each frame of said applied frame signals that approaches a preselect number.

28. The encoder of claim 26 wherein said control means develops a control signal that controls said coder means to develop a number of bits for each frame of said applied frame signals that on average approaches a preselect number.

29. The encoder of claim 26 where said control means is further responsive to said applied frame signals and modifies its developed control signal based on said applied frame signals to control coding error signals created in said coder in the course of coding of said frame difference signals.

30. The encoder of claim 27 where said control means modifies said control signal in response to said applied frame signal to equalize coding error signals throughout a frame of said applied frame signals.

31. The encoder of claim 27 where said control means develops said control signal in accordance with a visual perception model for humans, to cause the creation of encoder outputs signals that, when said encoder output signals are decoded and a frame image is created and displayed, the coding error signals found in said created and displayed frame image are perceived, in accordance with said visual perception model, to be essentially equally visible throughout said frame.

* * * * *

Exhibit C
Page 000057

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

**I (a) PLAINTIFFS**

MULTIMEDIA PATENT TRUST

**DEFENDANTS**

MICROSOFT CORPORATION, GATEWAY INC., GATEWAY PROFESSIONAL LLC, GATEWAY COMPANIES, INC., GATEWAY DIRECT, INC., GATEWAY US RETAIL, INC., and DELL INC.

2007 APR 24 PM 4:12

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF**
(EXCEPT IN U.S. PLAINTIFF CASES)

**COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT**
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

Alison P. Adema     619-235-2100
HAHN & ADEMA
501 West Broadway, Suite 1600
San Diego, CA  92101

**ATTORNEYS (IF KNOWN)**

'07 CV 0747 J     JMA

**II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)**

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question
(U.S. Government Not a Party)

☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX**
(For Diversity Cases Only)     FOR PLAINTIFF AND ONE BOX FOR DEFENDANT

|  | PT | DEF |  | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. CAUSE OF ACTION (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).**

35 U.S.C. Section 1, et seq.   Patent Infringement

**V. NATURE OF SUIT (PLACE AN X IN ONE BOX ONLY)**

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury-Medical Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | | ☐ 625 Drug Related Seizure of Property 21 USC 881 | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury - Product Liability | | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment &Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | ☒ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 640 RR & Truck | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | ☐ 650 Airline Regs | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| | | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities Exchange |
| ☐ 153 Recovery of Overpayment of Veterans Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | ☐ 862 Black Lung (923) | |
| ☐ 160 Stockholders Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | ☐ 863 DIWC/DIWW (405(g)) | ☐ 875 Customer Challenge 12 USC |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 740 Railway Labor Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 530 General | ☐ 790 Other Labor Litigation | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 535 Death Penalty | ☐ 791 Empl. Ret. Inc. Security Act | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 540 Mandamus & Other | | | ☐ 950 Constitutionality of State |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 550 Civil Rights | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 555 Prisoner Conditions | | | |

**VI. ORIGIN (PLACE AN X IN ONE BOX ONLY)**

☒ 1 Original Proceeding   ☐ 2 Removal from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify)   ☐ 6 Multidistrict Litigation   ☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23

**DEMAND $**

Check YES only if demanded in complaint:
JURY DEMAND: ☐ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY (See Instructions):**   JUDGE   Rudi M. Brewster *   Docket Number   02-CV-2060 **

DATE   April 24, 2007   SIGNATURE OF ATTORNEY OF RECORD   Alison Adema

\* Marilyn Huff   \*\* 06-CV-0684

::ODMA\PCDOCS\WORDPERFECT\22816\1 January 24, 2000 (3:10pm)

ORIGINAL

137511 $350 Sec 4/24/07



UNITED STATES
DISTRICT COURT
Southern District of California
San Diego Division

# 137511 - A2
April 24, 2007

| Code | Case # | Qty | Amount |
|------|--------|-----|--------|
| CV006988 | 3-07-CV-0747 | | 60.00 CH |
| Judge | - JONES | | |
| CV006400 | | | 100.00 CH |
| CV510000 | | | 190.00 CH |

Total-> 350.00

FROM: CIVIL FILING
MULTIMEDIA PATENT TRUST V.
MICROSOFT CORP ET AL
BCH 4489