Bryan W. Farney *(pro hac vice)*
Steven R. Daniels (SBN 235398)
Jeffrey B. Plies *(pro hac vice)*
DECHERT LLP
300 W. Sixth Street, Suite 1850
Austin, Texas 78701
Telephone:  (512) 394-3000
Facsimile:  (512) 394-3001

David J. Zubkoff (SBN 149488)
SELTZER CAPLAN McMACHON VITEK
750 "B" Street, Suite 2100
San Diego, California 92101
Telephone:  (619) 685-3003
Facsimile:   (619) 685-3100

Attorneys for Defendants, Counterclaimants, and Third-Party Plaintiffs,
GATEWAY, INC., GATEWAY PROFESSIONAL  LLC,
GATEWAY COMPANIES, INC., GATEWAY MANUFACTURING
LLC, GATEWAY DIRECT, INC., and GATEWAY US RETAIL, INC.

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MULTIMEDIA PATENT TRUST, | Case No. 07-CV-0747 H (CAB) |
| Plaintiff and Counter-Defendant, | |
| v. | |
| MICROSOFT CORPORATION, GATEWAY, INC., GATEWAY PROFESSIONAL LLC, GATEWAY COMPANIES, INC., GATEWAY MANUFACTURING LLC, GATEWAY DIRECT, INC., GATEWAY US RETAIL INC., and DELL, INC., | **NOTICE OF JOINDER BY GATEWAY TO DELL INC.'S MOTION TO DISMISS MULTIMEDIA PATENT TRUST'S COMPLAINT PURSUANT TO FED.R.CIV.P.12(b)(1)** |
| Defendants, Counter-Claimants, and Third-Party Plaintiffs, | |
| v. | Date:        October 9, 2007 |
| LUCENT TECHNOLOGIES, INC., | Time:        10:30 a.m.<br>Courtroom:  13, 5th Floor<br>Judge:        Honorable Marilyn L. Huff |
| Third-Party Defendant. | |

- 1 -

NOTICE OF JOINDER BY GATEWAY TO DELL INC.'S
MOTION TO DISMISS MULTIMEDIA PATENT
TRUST'S COMPLAINT PURSUANT TO FRCP 12(B)(1)
CASE NO. 02-CV-2060-B (CAB)

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Please take notice that Gateway, Inc., Gateway Professional LLC, Gateway Companies, Inc., Gateway Manufacturing LLC, Gateway Direct, Inc., and Gateway US Retail, Inc, (collectively known as "Gateway") files this notice of joinder, and states that Gateway joins in the following motion, which was filed on September 11, 2007, in the referenced civil action:

1. Dell Inc.'s Notice of Motion and Motion to Dismiss Multimedia Patent Trust's Complaint Pursuant to Fed. R. Civ. P. 12(b)(1), and all supporting pleadings, declarations and exhibits.

Dated: September 11, 2007      DECHERT LLP

By:    /s/ Steven R. Daniels
          Steven R. Daniels

Attorneys For Defendants And Counterclaimants
GATEWAY, INC. *et. al*.
- 2 -

NOTICE OF JOINDER BY GATEWAY TO DELL INC.'S MOTION TO DISMISS MULTIMEDIA PATENT TRUST'S COMPLAINT PURSUANT TO FRCP 12(B)(1)
CASE NO. 02-CV-2060-B (CAB)

# **PROOF OF SERVICE**

I am a resident of the State of Texas, over the age of eighteen years, not a party to the within action, and am employed in Austin, Travis County, Texas. On September 11, 2007, I served a copy of the following document:

**NOTICE OF JOINDER BY GATEWAY TO DELL INC.'S NOTICE OF MOTION AND MOTION TO DISMISS MULTIMEDIA PATENT TRUST'S COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(1)**

I am readily familiar with the business practice at Dechert LLP regarding collection and processing and correspondence for personal delivery, for mailing with U.S. Postal Service, for facsimile and for overnight delivery by Federal Express, Express Mail, or other overnight services. Said document was served as follows:

**BY FACSIMILE:** Said document was served by facsimile to the addresses stated below:

<u>Counsel for Lucent</u>:

Alison P. Adema
Hahn & Adema
501 West Broadway, Suite 1730
San Diego, CA 92101
Facsimile: (619) 235-2101

Robert Appleby
Kirkland & Ellis LLP
153 East 53rd Street
New York, NY 10022-4675
Facsimile: (212) 446-4900

<u>Counsel for Microsoft</u>

Christopher S. Marchese
Fish & Richardson P.C.
12390 El Camino Real
San Diego, CA 92130
Facsimile: (858) 678-5099

<u>Counsel for Dell</u>

James S. Blackburn
Arnold & Porter
777 South Figueroa Street
Los Angeles, California 90017-5844
Facsimile: (213) 243-4199

- 3 -

NOTICE OF JOINDER BY GATEWAY TO DELL INC.'S
MOTION TO DISMISS MULTIMEDIA PATENT
TRUST'S COMPLAINT PURSUANT TO FRCP 12(B)(1)
CASE NO. 02-CV-2060-B (CAB)

| | | |
|---|---|---|
| 1 | **ELECTRONIC MAIL:** | Courtesy copies of said document were transmitted on the same day as filing by electronic mail as stated below. |

<u>Counsel for Lucent</u>

rappleby@kirkland.com
jhohenthaner@kirkland.com
akellman@kirkland.com
aadema@hahnadema.com
estarr@kirkland.com

<u>Counsel for Microsoft</u>

marchese@fr.com
denning@fr.com
barnes@fr.com
brooks@fr.com
srodriguez@fr.com

<u>Counsel for Dell</u>

jfreed@mwe.com
Ali.Sharifahmadian@aporter.com
james_blackburn@aporter.com

   I declare that I am a member of the bar of this Court, and that the service was made at my direction. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed in Austin, Texas

_____/s/_ Steven R. Daniels_____
Steven R. Daniels

12922888.1.LITIGATION

- 4 -

NOTICE OF JOINDER BY GATEWAY TO DELL INC.'S
MOTION TO DISMISS MULTIMEDIA PATENT
TRUST'S COMPLAINT PURSUANT TO FRCP 12(B)(1)
CASE NO. 02-CV-2060-B (CAB)